AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Utah

| | |
|---|---|
| JASON AND MINDY RASMUSSEN, <br><br> On behalf of themselves and all others similarly situated <br><br> *Plaintiff(s)* <br> v. <br> UINTAH BASIN HEALTHCARE, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:23-cv-00322-CMR |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Uintah Basin Healthcare
250 West 300 North
Roosevelt, Utah 84066

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ashton J. Hyde
YOUNKER HYDE MACFARLANE, PLLC
257 E 200 S #1080
Salt Lake City, UT 84111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P. Serdar
*CLERK OF COURT*

Date: 05/30/2023



*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Utah

JASON AND MINDY RASMUSSEN,

On behalf of themselves and all others similarly situated

*Plaintiff(s)*

v.

UINTAH BASIN HEALTHCARE,

*Defendant(s)*

Server Dept. J.L. Williams
Date 6-7-23  Time 10:20A.
P/S Stacey Chapman
ANDERSON INVESTIGATIONS, INC  #101391
P.O. BOX 535, SLC, UT 84110  877-519-1110

Civil Action No. 2:23-cv-00322-CMR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Uintah Basin Healthcare
    250 West 300 North
    Roosevelt, Utah 84066

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Ashton J. Hyde
    YOUNKER HYDE MACFARLANE, PLLC
    257 E 200 S #1080
    Salt Lake City, UT 84111

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Gary P. Serdar
*CLERK OF COURT*

Date: 05/30/2023



*Signature of Clerk or Deputy Clerk*

## RETURN OF SERVICE
UNITED STATES DISTRICT COURT
District of Utah

Case Number: 2:23-CV-00322-CMR

Plaintiff: JASON AND MINDY RASMUSSEN,
On behalf of themselves and all
others similarly situated
vs.
Defendant: UINTAH BASIN HEALTHCARE

For: Ashton J. Hyde
YOUNKER HYDE MACFARLANE

Received by ANDERSON INVESTIGATIONS, INC. on the 31st day of May, 2023 at 9:44 am to be served on UINTAH BASIN HEALTHCARE R/A JAMES MARSHALL, 250 WEST 300 NORTH, ROOSEVELT, UT 84066. I, _J.L. Williams_, do hereby affirm that on the _7_ day of _June_, 2023 at _10:20_ .m., executed service by delivering a true copy of the SUMMONS; CLASS ACTION COMPLAINT, JURY TRIAL DEMANDED; in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person.

(X) SUBSTITUTE SERVICE: By serving _STACEY CHAPMAN_ as _EX-ASSISTANT TO JAMES MARSHALL R/A_

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) POSTED SERVICE: To a conspicuous place on the property described herein.

( ) NON SERVICE: For the reason detailed in the Comments below.

The individual being served ( )is( )is not in the MILITARY service of the United States.

The individual being served ( )is ( )is not Married.

COMMENTS: _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was executed. Pursuant to Utah Code Annotated 78-B-5-705, I declare under criminal penalty that the foregoing is true and correct.

PROCESS SERVER # _____
Appointed in accordance with State Statutes

ANDERSON INVESTIGATIONS, INC.
P.O. BOX 535
Salt Lake City, UT 84110
(801) 619-1110

Our Job Serial Number: 2023002149

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r