Ashton J. Hyde (A13248)
**YOUNKER HYDE MACFARLANE, PLLC**
257 East 200 South, Suite 1080
Salt Lake City, UT 84111
Telephone: (801) 335-6467
Facsimile: (801) 335-6478
ashton@yhmlaw.com

Bryan L. Bleichner*
(MN Bar No. 0326689)
Philip J. Krzeski*
(MN Bar No. 0403291)
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Phone: (612) 339-7300
Fax: (612) 336-2940
bbliechner@chestnutcambronne.com
pkrzeski@chestnutcambronne.com
*Pro Hac Vice Admitted*

Joshua Sanford *
(AR Bar No. 2001037)
**SANFORD LAW FIRM, PLLC**
Kirkpatrick Plaza
10800 Financial Centre Parkway,
Ste. 510
Little Rock, AR 72211
Telephone: (501) 221-0088
josh@sanfordlawfirm.com

*Attorneys for Plaintiffs and Putative Class*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| JASON AND MINDY RASMUSSEN, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>UINTAH BASIN HEALTHCARE,<br><br>Defendant. | Case No. 2:23-cv-00322-CMR |

1

| | |
|---|---|
| MANDY KEASLER, *on behalf of herself, her minor son A.K. and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>UINTAH BASIN HEALTHCARE d/b/A UINTAH BASIN MEDICAL CENTER,<br><br>Defendant. | Case No. 2:23-cv-00323-TC |
| CHRISTIAN MILLER, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>UINTAH BASIN HEALTHCARE,<br><br>Defendant. | Case No. 2:23-cv-00330-TC |

## PLAINTIFFS' NOTICE OF RELATED CASES

Plaintiffs Jason Rasmussen, Mindy Rasmussen, Mandy Keasler, on behalf of herself and her minor child, A.K., and Christian Miller ("Plaintiffs"), individually and on behalf of all others similarly situated, hereby provide notice of the following related cases:

1. *Halton, et al., v. Uintah Basin Healthcare*, Case No. 2:23-cv-00373-jCB (D. Ut.)
2. *Hyatt v. Uintah Basin Medical Center*, Case No. 2:23-cv-00377-CMR (D. Ut.)

Dated: June 28, 2023                                         Respectfully submitted,


                                                             */s/ Bryan L. Bleichner*
                                                             Bryan L. Bleichner (MN BAR #0326689)*

2

Philip J. Krzeski (OH BAR #0095713)*
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Phone: (612) 339-7300
Fax: (612) 336-2940
bbliechner@chestnutcambronne.com
pkrzeski@chestnutcambronne.com

Mason A. Barney*
Tyler J. Bean*
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
mbarney@sirillp.com
tbean@sirillp.com

Danielle L. Perry *
**MASON LLP**
5335 Wisconsin Avenue NW, Suite 640
Washington, DC 20015
Tel: (202) 429-2290
gmason@masonllp.com
dperry@masonllp.com
lwhite@masonllp.com

*Co-Lead Counsel for Rule 23 Class*

Ashton J. Hyde (A13248)
**YOUNKER HYDE MACFARLANE, PLLC**
257 East 200 South, Suite 1080
Salt Lake City, UT 84111
Telephone: (801) 335-6467
Facsimile: (801) 335-6478
ashton@yhmlaw.com

Josh Sanford (AR Bar No. 2001037)*
**SANFORD LAW FIRM, PLLC**
10800 Financial Centre, Pkwy., Ste. 510
Little Rock, Arkansas 72211
Phone: (501) 787-2040

Jason R. Hull
**MARSHALL OLSON & HULL PC**
10 EXCHANGE PL STE 350
SALT LAKE CITY, UT 84111
(801)456-7655
jhull@mohtrial.com

Jennifer F. Parrish
Yevgen Kovalov
**MAGLEBY CATAXINOS & GREENWOOD**
141 W PIERPONT AVE
SALT LAKE CITY, UT 84101
801-359-9000
Fax: 801-359-9011
parrish@mcgiplaw.com
kovalov@mcgiplaw.com

*Counsel for Plaintiffs and the Putative Class*

*\*Admitted pro hac vice*

## CERTIFICATE OF SERVICE

I certify that on June 28, 2023, service of Plaintiffs' Notice of Related Cases was made on Defendant via the Court's ECF filing system.

*/s/ Bryan L. Bleichner*
Bryan L. Bleichner
