Ashton J. Hyde (A13248)
**YOUNKER HYDE MACFARLANE, PLLC**
257 East 200 South, Suite 1080
Salt Lake City, UT 84111
Telephone: (801) 335-6467
Facsimile: (801) 335-6478
ashton@yhmlaw.com

Bryan L. Bleichner*
(MN Bar No. 0326689)
Philip J. Krzeski*
(MN Bar No. 0403291)
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Phone: (612) 339-7300
Fax: (612) 336-2940
bbliechner@chestnutcambronne.com
pkrzeski@chestnutcambronne.com
*\*Pro Hac Vice Admitted*

Joshua Sanford *
(AR Bar No. 2001037)
**SANFORD LAW FIRM, PLLC**
Kirkpatrick Plaza
10800 Financial Centre Parkway,
Ste. 510
Little Rock, AR 72211
Telephone: (501) 221-0088
josh@sanfordlawfirm.com

*Attorneys for Plaintiffs and Putative Class*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| JASON RASMUSSEN, et al.,<br><br>*on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>UINTAH BASIN HEALTHCARE,<br><br>Defendant. | Case No. 2:23-cv-00322-CMR |

1

## **PLAINTIFFS' UNOPPOSED SECOND MOTION TO CONSOLIDATE RELATED CASES**

Plaintiffs Jason Rasmussen, Mindy Rasmussen, Mandy Keasler, on behalf of herself and her minor child, A.K., and Christian Miller ("*Rasmussen* Plaintiffs"), individually and on behalf of all others similarly situated, hereby move to consolidate two related cases (1) *Halton, et al., v. Uintah Basin Healthcare*, Case No. 2:23-cv-00373-JCB (D. Ut.) ("*Halton*") and (2) *Hyatt v. Uintah Basin Medical Center*, Case No. 2:23-cv-00377-CMR (D. Ut.) ("*Hyatt*") into the present action: *Rasmussen.*

Counsel for the *Rasmussen* Plaintiffs conferred with counsel from the *Halton* and *Hyatt* matters, as well as Defendant's Counsel, who indicated they do not oppose consolidation.

The grounds for this Motion are set forth in the contemporaneously filed Memorandum.

Dated: July 27, 2023

Respectfully submitted,

*/s/ Bryan L. Bleichner*
Bryan L. Bleichner (MN BAR #0326689)*
Philip J. Krzeski (OH BAR #0095713)*
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Phone: (612) 339-7300
Fax: (612) 336-2940
bbliechner@chestnutcambronne.com
pkrzeski@chestnutcambronne.com

Mason A. Barney*
Tyler J. Bean*
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
mbarney@sirillp.com
tbean@sirillp.com

Danielle L. Perry *
**MASON LLP**
5335 Wisconsin Avenue NW, Suite 640
Washington, DC 20015
Tel: (202) 429-2290
dperry@masonllp.com

*Interim Co-Lead Counsel*

Ashton J. Hyde (A13248)
**YOUNKER HYDE MACFARLANE, PLLC**
257 East 200 South, Suite 1080
Salt Lake City, UT 84111
Telephone: (801) 335-6467
Facsimile: (801) 335-6478
ashton@yhmlaw.com

Josh Sanford (AR Bar No. 2001037)*
**SANFORD LAW FIRM, PLLC**
10800 Financial Centre, Pkwy., Ste. 510
Little Rock, Arkansas 72211
Phone: (501) 787-2040
josh@sanfordlaw.com

Jason R. Hull
**MARSHALL OLSON & HULL PC**
10 EXCHANGE PL STE 350
SALT LAKE CITY, UT 84111
(801)456-7655
jhull@mohtrial.com

Jennifer F. Parrish
Yevgen Kovalov
**MAGLEBY CATAXINOS & GREENWOOD**
141 W PIERPONT AVE
SALT LAKE CITY, UT 84101
801-359-9000
Fax: 801-359-9011
parrish@mcgiplaw.com
kovalov@mcgiplaw.com

*Counsel for Rasmussen, et al., Plaintiffs and the Putative Class*

Jared D. Scott (#15066)
Jacob W. Nelson (#16527)
**ANDERSON & KARRENBERG**
50 W. Broadway, Ste. 600
Salt Lake City, UT 84101-2025
Telephone: (801) 534-17000
jscott@aklawfirm.com
jnelson@aklawfirm.com

David S. Almeida*
Elena A. Belov*
**ALMEIDA LAW GROUP LLC**
849 W. Webster Ave.
Chicago, IL 60614
Telephone: 60614
david@almeidalaw.com
elena@almeidalaw.com

*Counsel for Plaintiffs Earl Halton and Donna Halton and the Putative Class*

Charles H. Thronson
**PARSONS BEHLE & LATIMER**
201 S. Main St., Ste. 1800
P.O. Box 45898
Salt Lake City, UT 84145-0898
Telephone: (801) 532-1234
ecf@parsonsbehle.com

Gary M. Klinger*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
227 W. Monroe St., Ste. 2100
Chicago, IL 60606
gklinger@milberg.com

*Counsel for Plaintiff Doris Hyatt and the Putative Class*

**PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF SECOND UNOPPOSED MOTION TO CONSOLIDATE CASES**

Plaintiffs Jason Rasmussen, Mindy Rasmussen, Mandy Keasler, on behalf of herself and her minor child, A.K., and Christian Miller ("*Rasmussen* Plaintiffs"), individually and on behalf of all others similarly situated, hereby move to consolidate (1) *Halton, et al., v. Uintah Basin Healthcare*, Case No. 2:23-cv-00373-JCB (D. Ut.) and (2) *Hyatt v. Uintah Basin Medical Center*, Case No. 2:23-cv-00377-CMR (D. Ut.) (collectively, the "*Halton* and *Hyatt* matters") into the present action: *Rasmussen, et al., v. Uintah Basin Healthcare*, Case No. 2:23-cv-00322 (D. Ut.) (the "*Rasmussen* matter") (collectively, the "Related Actions")*.*

Consolidation of the Related Actions under Fed. R. Civ. P. 42(a) is appropriate because the cases involve common parties (*i.e*., the same Defendant) and allege similar facts and legal claims. Consolidation will also enable the Court to conduct proceedings in one combined action, ensuring that the Related Actions are adjudicated efficiently. Plaintiffs therefore respectfully request that the Court enter an order consolidating the Related Actions for all purposes, including discovery and trial.

**I.      CONSOLIDATION IS APPROPRIATE**

Under Federal Rule 42(a) and Local Rule DUCivR 42-1(a), this Court has broad discretion to consolidate actions involving common questions of law or fact. *Shump v. Balka*, 574 F.2d 1341, 1344 (10th Cir. 1978). The Tenth Circuit has held that:

> When actions involving a common question of law or fact are pending before court, it may order a joint hearing or trial of any or all of the matters in issue in the action, it may order all actions consolidated; and it may make such orders concerning proceedings therein as may tend to avoid unnecessary costs or delay.

*Id.* Under the Federal Rules of Civil Procedure, courts may consolidate two or more related actions, where, as here, the actions involve at least one common question of law or fact. Fed. R. Civ. P.

42(a) ("If actions before the court involve a common question of law or fact, the court may: (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay."); *see also Dorn v. Mueller*, No. 10-cv-00925-WYD-CBS, 2010 WL 2232418, at *1 (D. Colo. May 28, 2010) (consolidating actions "based on nearly identical legal theories and underlying facts" with "similar theories of damages and recovery").

In this case, consolidation falls soundly within this Court's discretion because the *Halton* and *Hyatt* matters involve "common question[s] of law [and] fact" with the *Rasumussen* matter, which warrants consolidation of the actions to "avoid unnecessary cost or delay." Fed. R. Civ. P. 42(a). Specifically, the Related Actions assert multiple common causes of action against the same Defendant, relating to the same factual underpinnings and seeking the same relief in response to the same event, *i.e.*, the data incident described in Defendant's Notice of Security Incident (the "Data Breach"). Moreover, each case commonly seeks certification of an overlapping nationwide class and alleges that Class Members suffered harm as a result of Defendant's alleged failure to adequately protect Plaintiffs' and Class Members' personally identifiable and protected health information (collectively, "Private Information"). Consolidation is further supported by the fact that Defendant's anticipated defenses will share many common questions of law and fact.

The Court should also order the consolidation of all subsequently filed actions involving common questions of law and fact and subject the consolidated cases to Plaintiffs' interim class leadership structure in order to facilitate efficient prosecution of this Data Breach litigation. Consolidation will streamline and simplify discovery, pretrial motions (including a motion to dismiss and class certification), administrative management, and generally prevent waste, confusion, or delay that would inevitably arise from separate prosecution of the Related Actions.

Importantly, counsel in the *Halton* and *Hyatt* matters do not oppose consolidation. In short, consolidating the *Halton* and *Hyatt* matters with the *Rasmussen* matter is the most appropriate and sensible course of action.

For these reasons, Plaintiffs respectfully request that this Court grant Plaintiffs' Second Motion to Consolidate Related Actions.

## II. CONCLUSION

For all these reasons, Plaintiffs respectfully request Court consolidate the *Halton* and *Hyatt* matters into *Rasmussen v. Uintah Basin Healthcare*, Case No. 2:23-cv-00322-CMR (D. Ut.).

Dated: July 27, 2023

Respectfully submitted,

*/s/ Bryan L. Bleichner*
Bryan L. Bleichner (MN BAR #0326689)*
Philip J. Krzeski (OH BAR #0095713)*
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Phone: (612) 339-7300
Fax: (612) 336-2940
bbliechner@chestnutcambronne.com
pkrzeski@chestnutcambronne.com

Mason A. Barney*
Tyler J. Bean*
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
mbarney@sirillp.com
tbean@sirillp.com

Danielle L. Perry *
**MASON LLP**
5335 Wisconsin Avenue NW, Suite 640
Washington, DC 20015
Tel: (202) 429-2290

dperry@masonllp.com

*Interim Co-Lead Counsel*


Ashton J. Hyde (A13248)
**YOUNKER HYDE MACFARLANE, PLLC**
257 East 200 South, Suite 1080
Salt Lake City, UT 84111
Telephone: (801) 335-6467
Facsimile: (801) 335-6478
ashton@yhmlaw.com

Josh Sanford (AR Bar No. 2001037)*
**SANFORD LAW FIRM, PLLC**
10800 Financial Centre, Pkwy., Ste. 510
Little Rock, Arkansas 72211
Phone: (501) 787-2040
josh@sanfordlaw.com

Jason R. Hull
**MARSHALL OLSON & HULL PC**
10 EXCHANGE PL STE 350
SALT LAKE CITY, UT 84111
(801)456-7655
jhull@mohtrial.com

Jennifer F. Parrish
Yevgen Kovalov
**MAGLEBY CATAXINOS & GREENWOOD**
141 W PIERPONT AVE
SALT LAKE CITY, UT 84101
801-359-9000
Fax: 801-359-9011
parrish@mcgiplaw.com
kovalov@mcgiplaw.com

*Counsel for Rasmussen, et al., Plaintiffs and the Putative Class*


Jared D. Scott (#15066)
Jacob W. Nelson (#16527)

8

**ANDERSON & KARRENBERG**
50 W. Broadway, Ste. 600
Salt Lake City, UT 84101-2025
Telephone: (801) 534-17000
jscott@aklawfirm.com
jnelson@aklawfirm.com

David S. Almeida*
Elena A. Belov*
**ALMEIDA LAW GROUP LLC**
849 W. Webster Ave.
Chicago, IL 60614
Telephone: 60614
david@almeidalaw.com
elena@almeidalaw.com

*Counsel for Plaintiffs Earl Halton and Donna Halton and the Putative Class*


Charles H. Thronson
**PARSONS BEHLE & LATIMER**
201 S. Main St., Ste. 1800
P.O. Box 45898
Salt Lake City, UT 84145-0898
Telephone: (801) 532-1234
ecf@parsonsbehle.com

Gary M. Klinger*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
227 W. Monroe St., Ste. 2100
Chicago, IL 60606
gklinger@milberg.com

*Counsel for Plaintiff Doris Hyatt and the Putative Class*


*Admitted pro hac vice*

9

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of July 2023, I caused to be served, via the court's E-filing system or via email, a true and correct copy of **PLAINTIFF'S SECOND MOTION TO CONSOLIDATE CASES** on Defendant's Counsel via the Court's ECF system.

/s/ *Bryan L. Bleichner*
Bryan L. Bleichner (MN BAR #0326689)*