| | |
|---|---|
| Ashton J. Hyde (A13248)<br>**YOUNKER HYDE MACFARLANE, PLLC**<br>257 East 200 South, Suite 1080<br>Salt Lake City, UT 84111<br>Telephone: (801) 335-6467<br>Facsimile: (801) 335-6478<br>ashton@yhmlaw.com | Bryan L. Bleichner*<br>(MN Bar No. 0326689)<br>Philip J. Krzeski*<br>(MN Bar No. 0403291)<br>**CHESTNUT CAMBRONNE PA**<br>100 Washington Avenue South, Suite 1700<br>Minneapolis, MN 55401<br>Phone: (612) 339-7300<br>Fax: (612) 336-2940<br>bbliechner@chestnutcambronne.com<br>pkrzeski@chestnutcambronne.com<br>*\*Pro Hac Vice Admitted* |
| Joshua Sanford *<br>(AR Bar No. 2001037)<br>**SANFORD LAW FIRM, PLLC**<br>Kirkpatrick Plaza<br>10800 Financial Centre Parkway,<br>Ste. 510<br>Little Rock, AR 72211<br>Telephone: (501) 221-0088<br>josh@sanfordlawfirm.com | Danielle L. Perry*<br>(DC Bar No. 1034960)<br>**MASON LLP**<br>5335 Wisconsin Ave. NW, Ste. 640<br>Washington, DC 20015<br>Phone: 202-429-2290<br>dperry@masonllp.com |

*Attorneys for Plaintiffs and Putative Class*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| JASON RASMUSSEN, et al.,<br><br>*on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>UINTAH BASIN HEALTHCARE,<br><br>Defendant. | Case No. 2:23-cv-00322-CMR |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION TO FILE CONSOLIDATED AMENDED COMPLAINT**

Plaintiffs Jason Rasmussen, Mindy Rasmussen, Mandy Keasler, on behalf of herself and her minor child, A.K., and Christian Miller ("*Rasmussen* Plaintiffs"), individually and on behalf of all others similarly situated, hereby seek an extension to file their consolidated amended complaint in order to move to consolidate two additional related cases (1) *Halton, et al., v. Uintah Basin Healthcare*, Case No. 2:23-cv-00373-JCB (D. Ut.) ("*Halton*") and (2) *Hyatt v. Uintah Basin Medical Center*, Case No. 2:23-cv-00377-CMR (D. Ut.) ("*Hyatt*") into the present action: *Rasmussen, et al., v. Uintah Basin Healthcare*, Case No. 2:23-cv-00322 (D. Ut.). The *Rasmussen* Plaintiffs seek an extension of fourteen (14) days from the date the Court rules on Plaintiffs' Second Motion to Consolidate Related Cases to file the Consolidated Amended Complaint. This extension will enable Plaintiffs to file a Consolidated Amended Complaint that addresses all five related cases pending against Defendant in the United States District Court for the District of Utah. Plaintiffs' counsel certifies this request is for not purposes of undue delay and will not postpone any existing trial schedule. Moreover, Plaintiffs' counsel avers this is the first requested extension sought.

Counsel for the *Rasmussen* Plaintiffs conferred with Counsel in the *Halton* and *Hyatt* maters, as well as Defendant's Counsel, who indicated they do not oppose this extension.

Dated: July 27, 2023

Respectfully submitted,

/s/ *Bryan L. Bleichner*
Bryan L. Bleichner (MN BAR #0326689)*
Philip J. Krzeski (OH BAR #0095713)*
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401

2

Phone: (612) 339-7300
Fax: (612) 336-2940
bbliechner@chestnutcambronne.com
pkrzeski@chestnutcambronne.com

Mason A. Barney*
Tyler J. Bean*
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
mbarney@sirillp.com
tbean@sirillp.com

Danielle L. Perry *
**MASON LLP**
5335 Wisconsin Avenue NW, Suite 640
Washington, DC 20015
Tel: (202) 429-2290
dperry@masonllp.com

*Interim Co-Lead Counsel*


Ashton J. Hyde (A13248)
**YOUNKER HYDE MACFARLANE, PLLC**
257 East 200 South, Suite 1080
Salt Lake City, UT 84111
Telephone: (801) 335-6467
Facsimile: (801) 335-6478
ashton@yhmlaw.com

Josh Sanford (AR Bar No. 2001037)*
**SANFORD LAW FIRM, PLLC**
10800 Financial Centre, Pkwy., Ste. 510
Little Rock, Arkansas 72211
Phone: (501) 787-2040
josh@sanfordlaw.com

Jason R. Hull
**MARSHALL OLSON & HULL PC**
10 EXCHANGE PL STE 350
SALT LAKE CITY, UT 84111

(801)456-7655
jhull@mohtrial.com

Jennifer F. Parrish
Yevgen Kovalov
**MAGLEBY CATAXINOS & GREENWOOD**
141 W PIERPONT AVE
SALT LAKE CITY, UT 84101
801-359-9000
Fax: 801-359-9011
parrish@mcgiplaw.com
kovalov@mcgiplaw.com

*Counsel for Rasmussen, et al., Plaintiffs and the Putative Class*


*Admitted pro hac vice*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of July 2023, I caused to be served, via the court's E-filing system or via email, a true and correct copy of **PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION TO FILE CONSOLIDATED AMENDED COMPLAINT** on Defendant's Counsel through the Court's ECF system.

/s/ *Bryan L. Bleichner*
Bryan L. Bleichner (MN BAR #0326689)*