Ashton J. Hyde (A13248)
**YOUNKER HYDE MACFARLANE, PLLC**
257 East 200 South, Suite 1080
Salt Lake City, UT 84111
Telephone: (801) 335-6467
Facsimile: (801) 335-6478
ashton@yhmlaw.com

Bryan L. Bleichner*
(MN Bar No. 0326689)
Philip J. Krzeski*
(MN Bar No. 0403291)
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Phone: (612) 339-7300
Fax: (612) 336-2940
bbliechner@chestnutcambronne.com
pkrzeski@chestnutcambronne.com
*Pro Hac Vice Admitted*

Joshua Sanford *
(AR Bar No. 2001037)
**SANFORD LAW FIRM, PLLC**
Kirkpatrick Plaza
10800 Financial Centre Parkway,
Ste. 510
Little Rock, AR 72211
Telephone: (501) 221-0088
josh@sanfordlawfirm.com

*Attorneys for Plaintiffs and Putative Class*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| JASON RASMUSSEN, et al.,<br><br>*on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>UINTAH BASIN HEALTHCARE,<br><br>Defendant. | Case No. 2:23-cv-00322-CMR |

1

## [PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION TO FILE CONSOLIDATED AMENDED COMPLAINT

The Court, having considered Plaintiffs' Unopposed Motion for Extension to File Consolidated Amended Complaint, hereby ORDERS as follows:

1. Plaintiffs' existing deadline to file the Consolidated Amended Complaint is July 28, 2023;

2. Plaintiffs have sought an extension to file the Consolidated Amended Complaint for fourteen (14) days after the Court rules on Plaintiffs' Second Motion to Consolidate Related Cases; and

3. The Court hereby **GRANTS** Plaintiffs' requested extension and **ORDERS** that the new deadline for Plaintiffs to file a Consolidated Amended Complaint is fourteen (14) days after the Court rules on Plaintiffs' Second Motion to Consolidate Related Cases

**IT IS SO ORDERED.**

Dated: _____, 2023

_____
**UNITED STATES DISTRICT JUDGE**

**OR**

_____
**UNITED STATES MAGISTRATE JUDGE**