IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JASON AND MINDY RASMUSSEN, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>UINTAH BASIN HEALTHCARE,<br><br>Defendant. | **ORDER GRANTING PLAINTIFFS' [21] SECOND UNOPPOSED MOTION TO CONSOLIDATE CASES**<br><br>Case No. 2:23-cv-00322-HCN-CMR<br><br>**Judge Howard C. Nielson, Jr.**<br>**Magistrate Judge Cecilia M. Romero** |
| EARL HALTON, *et al*.,<br><br>*On behalf of herself, her minor son A.K. and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>UINTAH BASIN HEALTHCARE,<br><br>Defendant. | Case No. 2:23-cv-00373-TC-JCB |
| DORIS HYATT,<br><br>*Individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>UINTAH BASIN MEDICAL CENTER,<br><br>Defendant. | Case No. 2:23-cv-00377-JNP-CMR |

1

Having considered Plaintiff's Motion to Consolidate Cases (Motion) (ECF 21) pursuant to Fed. R. Civ. P. 42(1) under the title "*Rasmussen, et al., v. Uintah Basin Healthcare*," and for good cause appearing, the court hereby GRANTS the Motion and ORDERS as follows:

1. The following cases are hereby consolidated:

    A. *Rasmussen, et al., v. Uintah Basin Healthcare*, Case No. 2:23-cv-00322-HCN-CMR (filed on May 17, 2023) by the law firms of Younker Hyde MacFarlane, PLLC, Chestnut Cambronne PA, and Sanford Law Firm, PLLC;

    B. *Halton, et al., v. Uintah Basin Healthcare*, Case No. 2:23-cv-00373-TC-JCB (filed on June 7, 2023) by the law firms of Anderson & Karrenberg and Almeida Law Group LLC; and

    C. *Hyatt v. Uintah Basin Medical Center*, Case No. 2:23-cv-00377 (filed on June 9, 2023) by the law firms of Parsons Behle & Latimer and Milberg Coleman Bryson Phillips Grossman PLLC.

(collectively, the "Related Actions") under the new title: "*Rasmussen, et al., v. Uintah Basin Healthcare*" pursuant to Fed. R. Civ. P. 42(a) (the "Consolidated Action").

2. The Clerk of Court is DIRECTED to administratively close *Halton, et al., v. Uintah Basin Healthcare*, Case No. 2:23-cv-00373-TC-JCB and *Hyatt v. Uintah Basin Medical Center*, Case No. 2:23-cv-00377. The Clerk of Court is FURTHER DIRECTED to transfer all documents already docketed in those Related Actions into the Consolidated Action.

3. All papers filed in the Consolidated Action shall be filed under the lead case number 2:23-cv-00322-HCN-CMR, the number assigned to the first-filed case, *Rasmussen*.

4. The case file for the Consolidated Action will be maintained under Master File No. 2:23-cv-00322-HCN-CMR. When a pleading is intended to apply to all Actions to which this Order applies, the words "ALL ACTIONS" shall appear immediately after the words "This Document Relates To:" in the caption. When a pleading is not intended to apply to all Actions, the docket number for each individual Action to which the paper is intended to apply and the last name

of the first-named plaintiff in said action shall appear immediately after the words: "This Document Relates To:" in the caption (*e.g.*, "No. 2:23-cv-00322-HCN-CMR").

5. All papers previously filed and served to date in the Related Actions are deemed part of the record in the Consolidated Action.

6. All subsequent filed actions filed against Defendant alleging the same or similar allegations against Defendant stemming from the Data Breach will be consolidated into *Rasmussen* will be consolidated into the Consolidated Action.

7. Interim Co-Lead Class Counsel must serve a copy of this Order and all future orders promptly by overnight delivery service, facsimile, or other expeditious electronic means on counsel for Plaintiffs in any related action to the extent that Interim Co-Lead Class Counsel are aware of any such action(s) and on all attorneys for Plaintiffs whose cases may subsequently be consolidated with the above actions but who have not yet registered for ECF.

8. Plaintiffs in the Consolidated Action shall file an operative Consolidated Class Action Complaint within fourteen (14) days of this Order. Defendant need not respond to any of the initial complaints filed in the Related Actions. The parties will meet and confer about a motion to dismiss briefing schedule and submit a stipulated briefing schedule to the Court.

DATED this 28 July 2023.

Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah