Blaine J. Benard (5661)
Brent E. Johnson (7558)
Engels J. Tejeda (11427)
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
BJBenard@hollandhart.com
BJohnson@hollandhart.com
EJTejeda@hollandhart.com

*Attorneys for Defendant Uintah Basin Healthcare*

---

## IN THE UNITED STATES DISTRICT COURT,
## IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JASON RASMUSSEN et al., on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>UINTAH BASIN HEALTHCARE, a Utah non-profit corporation,<br><br>        Defendant. | **STIPULATED MOTION TO EXTEND RESPONSE DEADLINE AND TO ENTER BRIEFING SCHEDULE**<br><br>2:23-cv-00322-HCN-CMR<br><br>Judge Howard C. Nielson, Jr.<br>Magistrate Judge Cecilia M. Romero |

Plaintiffs Donna Halton; Doris Hyatt; Mandy Keasler, on behalf of her minor son, A.K.; Christian Miller, Jason Rasmussen, and Mindy Rasmussen (the "Plaintiffs"), individually and on behalf of all similarly situated persons, and Defendant Uintah Basin Healthcare, file this Stipulated Motion to Extend Response Deadline and to Enter Briefing Schedule pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and as ordered by the Court. *See* Fed. R. Civ. P. 6(b) ("the court may, for good cause, extend the time . . . if a request is made" before the original time expires); Order Granting Pls.' Second Unopposed Mot. to Consolidate Cases ¶ 8, Dkt. 23

(ordering the Parties to meet and confer about a motion to dismiss briefing schedule and to submit a stipulated briefing schedule to the Court). The Parties seek to extend the response deadline to October 2, 2023, stipulate to the following briefing schedule, and seek a Court order entering the same:

- The deadline for Defendant to file a Motion to Dismiss is October 2, 2023.

- Plaintiffs' Opposition to the Motion to Dismiss is due 45 days from the date the Motion to Dismiss is filed.

- Defendant's Reply in Support of the Motion to Dismiss is due 30 days from the date of Plaintiffs' Opposition.

There is good cause to extend the response deadline and enter the stipulated briefing schedule. The Court ordered the parties to stipulate to a briefing schedule and this schedule will allow the parties sufficient time to brief a motion that is likely to address complex issues. Accordingly, the Parties respectfully request the Court enter the stipulated briefing schedule.

DATED this 24th day of August, 2023.

HOLLAND & HART LLP

/s/ Blaine J. Benard
Blaine J. Benard
Brent E. Johnson
Engels J. Tejeda
*Attorneys for Defendant*

DATED this 24th day of August, 2023

CHESTNUT CAMBRONNE PA

/s/ Bryan Bleichner
*Signed electronically by filing attorney with permission of Bryan Bleichner)*
Bryan L. Bleichner
Philip J. Krzeski
*Attorneys for Plaintiffs*