Blaine J. Benard (5661)
Brent E. Johnson (7558)
Engels J. Tejeda (11427)
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
BJBenard@hollandhart.com
BJohnson@hollandhart.com
EJTejeda@hollandhart.com

*Attorneys for Defendant Uintah Basin Healthcare*

### IN THE UNITED STATES DISTRICT COURT
### IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JASON RASMUSSEN et al., on behalf of themselves and all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>UINTAH BASIN HEALTHCARE, a Utah non-profit corporation;<br><br>Defendant. | **ORDER GRANTING STIPULATED MOTION TO EXTEND RESPONSE DEADLINE AND TO ENTER BRIEFING SCHEDULE**<br><br>2:23-cv-00322-HCN-CMR<br><br>Judge Howard C. Nielson, Jr.<br>Magistrate Judge Cecilia M. Romero |

Before the Court is a Stipulated Motion to Extend Response Deadline and to Enter Briefing Schedule filed by Plaintiffs Donna Halton; Doris Hyatt; Mandy Keasler, on behalf of her minor son, A.K.; Christian Miller, Jason Rasmussen, and Mindy Rasmussen (the "Plaintiffs"), individually and on behalf of all similarly situated persons, and Defendant Uintah Basin Healthcare. For good cause shown, the Court extends Defendants' response deadline to October 2, 2023, and enters the following briefing schedule.

- The deadline for Defendant to file a Motion to Dismiss is October 2, 2023.

- Plaintiffs' Opposition to the Motion to Dismiss is due 45 days from the date the Motion to Dismiss is filed.

- Defendant's Reply in Support of the Motion to Dismiss is due 30 days from the date of Plaintiffs' Opposition.

DATED this ___ day of August, 2023.

                              BY THE COURT:

                              _____
                              Cecilia M. Romero
                              United States District Court Magistrate Judge