**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| JASON RASMUSSEN, et al., *on behalf of themselves and all others similarly situated*, Plaintiffs, v. UINTAH BASIN HEALTHCARE, Defendant. | Case No. 2:23-cv-00322 |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR

## <u>EXTENSION TO FILE CONSOLIDATED AMENDED COMPLAINT</u>

The Court, having considered Plaintiffs' Unopposed Motion for Extension to File Consolidated Amended Complaint, hereby ORDERS as follows:

1. Plaintiffs' existing deadline to file the Consolidated Amended Complaint is July 28, 2023;

2. Plaintiffs have sought an extension to file the Consolidated Amended Complaint for fourteen (14) days after the Court rules on Plaintiffs' Second Motion to Consolidate Related Cases; and

3. The Court hereby **GRANTS** Plaintiffs' requested extension and **ORDERS** that the new deadline for Plaintiffs to file a Consolidated Amended Complaint is fourteen (14) days after the Court rules on Plaintiffs' Second Motion to Consolidate Related Cases

**IT IS SO ORDERED.**

Dated: August 28, 2023

_____
**Dustin B. Pead**
**United States Magistrate Judge**