Blaine J. Benard (#5661)
Brent E. Johnson (#7558)
Engels J. Tejeda (#11427)
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
BJBenard@hollandhart.com
BJohnson@hollandhart.com
EJTejeda@hollandhart.com

*Attorneys for Defendant Uintah Basin Healthcare*

---

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JASON RASMUSSEN et al., on behalf of themselves and all others similarly situated;<br><br>    Plaintiffs,<br><br>vs.<br><br>UINTAH BASIN HEALTHCARE, a Utah non-profit corporation;<br><br>    Defendant. | **ORDER GRANTING SECOND STIPULATED MOTION TO EXTEND RESPONSE DEADLINE**<br><br>2:23-cv-00322-HCN-DBP<br><br>Judge Howard C. Nielson, Jr.<br>Chief Magistrate Judge Dustin B. Pead |

Before the Court is a Second Stipulated Motion to Extend Response Deadline filed by

Defendant Uintah Basin Healthcare and Plaintiffs Donna Halton; Doris Hyatt; Mandy Keasler,

on behalf of her minor son, A.K.; Christian Miller, Jason Rasmussen, and Mindy Rasmussen (the

"Plaintiffs"), individually and on behalf of all similarly situated persons. For good cause shown,

the Court extends Defendants' response deadline in the above consolidated case to October 16,

2023, and enters the following briefing schedule.

- The deadline for Defendant to file a Motion to Dismiss is October 16, 2023.

- Plaintiffs' Opposition to the Motion to Dismiss is due 45 days from the date the Motion to Dismiss is filed.

- Defendant's Reply in Support of the Motion to Dismiss is due 30 days from the date of Plaintiffs' Opposition.

DATED this _____ day of _____, 2023.

BY THE COURT:

_____
Dustin B. Pead
United States District Court Chief Magistrate Judge

**APPROVED AS TO FORM:**

HOLLAND & HART LLP


/s/ Engels J. Tejeda
Blaine J. Benard
Brent E. Johnson
Engels J. Tejeda
*Attorneys for Defendant*


CHESTNUT CAMBRONNE PA


/s/ Bryan L. Bleichner
*(signed electronically by Filing Attorney with permission of Bryan Bleichner)*
Bryan L. Bleichner
Philip J. Krzeski
*Attorneys for Plaintiffs*

2