| Subject | Date Last Reviewed | Policy # |
|---|---|---|
| Internet / E-Mail Acceptable Use Policy | October 2021 | ITS-3.1 |
| | **Application** | **Supersedes** |
| | ITS Security | ITS-3.0 |
| | **Distribution** | |
| | All Departments | |
| **Recommended** | **Approved** | |
| *[signature]* Preston D. Marx, VP Information Systems | *[signature]* James I. Marshall, President & CEO | |

# 1.0 Purpose
This policy defines the acceptable use for the organization's Internet and e-mail services.

# 2.0 Scope
The policy applies to all uses of organization owned e-mail and Internet access. It applies to employees, providers, contractors, consultants, temporaries, and other workers at Uintah Basin Healthcare, including all personnel affiliated with third parties. This policy applies to all equipment that is owned or leased by Uintah Basin Healthcare.

# 3.0 Policy
**Acceptable Uses of Organization E-mail and Internet Access**
Uintah Basin Healthcare provides Internet and e-mail access for business usage. Every staff member has the responsibility to maintain and enhance UBH's public image and to use e-mail and access the Internet in a responsible and productive manner that reflects well on the organization.

Employees and providers will be issued a corporate e-mail account and given instructions on its use. Correspondence from administration, human resources and management occurs frequently through corporate e-mail. It is expected that staff check their account regularly and in accordance with departmental guidelines.

**Unacceptable Uses of Organization E-mail and Internet Access**
Workstations should only be used for their intended business purpose. Organizations define this differently, however, it generally means not using the

EXHIBIT 4

device for personal reasons—personal email, viewing pictures, listening to music, surfing the Internet for non-business purposes, downloading unauthorized software, etc.

Electronic media may also not be used for any other purpose that is illegal or against UBH policy or contrary to the organization's best interests. Solicitation of non-organization business, or any use of UBH e-mail or Internet for personal gain, is prohibited.

Internet use and access is limited by job role and is controlled by the security officer. Excessive time spent in non-productive web activities or efforts to circumvent established safeguards warrants further internet limitations and disciplinary action.

**Software**
To prevent computer viruses from being transmitted through the Uintah Basin Healthcare network, there will be no downloading of any unauthorized software. Uintah Basin Healthcare accepts no responsibility for software downloaded or used that is illegal or unauthorized. All software downloaded must be registered to UBH. Employees should contact ITS if they have any questions.

**Security**
Uintah Basin Healthcare routinely monitors usage patterns in its e-mail and Internet communications. The reasons for this monitoring are many, including cost analysis, security, bandwidth allocation, and the general management of UBH's gateway to the Internet. Authorized individuals within Uintah Basin Medical Center may monitor equipment, systems and network traffic at any time, per Uintah Basin Healthcare's Network Management Policy.

PHI (Protected Health Information) should not be stored on a local device nor should it be printed needlessly. Mass storage devices should never be used for PHI unless it is encrypted. For terminals that require PHI data to be stored locally, these systems must be encrypted. It is the best practice of ITS to encrypt all UBH owned notebooks and other offsite systems.

Uintah Basin Healthcare reserves the right to audit networks and systems on a periodic basis to ensure compliance with this policy.

**Violations**
Anyone who abuses the privilege of access to Uintah Basin Healthcare e-mail or Internet will be subject to corrective action up to and including termination. If necessary, Uintah Basin Healthcare also reserves the right to advise appropriate legal officials of any illegal violations.