| Subject | Date Last Reviewed | Policy # |
|---|---|---|
| ITS Asset Inventory Policy | October 2021 | ITS-8.0 |
| | **Application** | **Supersedes** |
| | ITS Security | |
| | **Distribution** | |
| | All Departments | |
| **Recommended** | **Approved** | |
| *Preston D. Marx, VP Information Systems* | *James I. Marshall, President & CEO* | |

# 1.0 Purpose

This policy defines the standards and procedures involving the removal, maintenance, and disposal of UBH technology-related hardware. The policy also gives instruction on proper hardware inventory, purchasing and standardization practices.

# 2.0 Scope

The policy applies to all UBH purchased hardware. Inventory and asset tracking is limited to those items of significant value.

# 3.0 Policy

### Overview

Asset management policies address both hardware and software purchased by Uintah Basin Healthcare. The responsibility of technology assets falls upon the employee or department to whom they are assigned. The ITS department is responsible for maintenance, replacement and management of UBH assets.

### Asset Management

Asset management is a major IT responsibility. ITS management will assign a member of the support team the responsibility of asset coordinator. The asset coordinator should:
- Inventory assets
- Tag assets
- Establish and maintain an asset database
- Develop a hardware rotation strategy. Ensure rotation is adhered to
- Support standardized hardware purchases.

EXHIBIT 8

- Track hardware movement within and removal from the organization

The asset coordinator works with the rest of the ITS team to ensure all hardware has PM (Preventative Maintenance) completed semi-annually and that an asset inventory audit is conducted annually.

Networking Hardware

**Workstation Standards**
Workstation placement plays a key role is keeping data secure. Computer screens should typically not be viewable from public areas. A screen filter should be used in patient area if necessary.
Workstations should not be left logged in and unattended. UBH devices will automatically lock the workstation after 15 minutes of inactivity per group policy.
**Installation** – Any hardware or software purchased by UBH of a significant value should be purchased with ITS involvement and in accordance to established purchasing standards of quality, size and warranty.
The ITS department ensures that all hardware is inventoried and assigned an asset tag. The hardware is assigned to an individual employee or a department collectively and given a domain name related to its location for quick identification. Hardware should remain in its' assigned location unless relocation has be coordinated with ITS.
**Removal** – Hardware being removed from its' assigned location, either because of failure or as a part of a rotation strategy, must have its asset tag information updated in the inventory system. The hardware must have a planned destination so a location can be assigned. Before the hardware is repurposed in another location within UBH, all user profiles, superfluous software and old domain name must be removed. The ITS team adheres to their hardware disposal policy. This same procedure should be followed when a new employee begins work on an assigned computer.
**Disposal** – When hardware has reached end of usable life for Uintah Basin Healthcare (ITS management should be consulted in this determination), the hardware must have all personal data wiped from the system and asset tags removed. The process must include a total format of drives. Particular attention is given to systems where patient data may have been accessed or stored. If the system is inoperable then the drives must be physically destroyed prior to disposal.
Once the drives have been wiped, end of life hardware can be traded in for future purchases, added to a surplus sale or donated to a worthy cause.

**Software Standards**
All licensed software should be inventoried and managed by the ITS team. An annual internal software audit will be conducted to ensure compliance and adjudicate any discrepancies.

**Violations**

Uintah Basin Healthcare takes threats to their internal network seriously. Anyone found doing activities that are a threat to the network, create a hole in security or are circumventing UBH security measures will be subject to corrective action up to and including termination. If necessary, Uintah Basin Healthcare also reserves the right to advise appropriate legal officials of any illegal violations.