

Welcome to HIPAA One **Preston** !                                      Logout



Uintah Basin Healthcare 2021 August 04, 2021          🔍 100% Complet

Checklist / Certified Seal                                              ← Back

# HIPAA One® Certified Compliant Seal



(Click Seal for Preview)

When you display the Certified Compliant Seal on your Web site, you assure visitors to your website that your organization has conducted a HIPAA Compliance Gap Assessment and Security Risk Analysis per CFR 164.308(a)(1)(ii)(a) under the Office of Civil Rights Guidance of the HIPAA Security Rule.

Your HIPAA One Sponsor account is configured to successfully authenticate your Web domain(s) when customers click your seal. To add or edit the displayed name of your organization, use the form below and click the Update button. You may see how your seal will look by clicking on either of the seals on the left.

EXHIBIT
14

# Letter of HIPAA Security Risk Analysis Completion

Based upon representation from management as to the accuracy and completeness of information provided in the self-assessment Questionnaire, the following business unit of the organization has been audited:

## Uintah Basin Healthcare 2022

This HIPAA security compliance assessment and risk analysis was performed on Nov 4, 2022 through Feb 17, 2023, and will be updated quarterly by the organization.

HIPAA One® defines a level of assurance for assessments performed under the NIST SP 800-30 Risk Management Guide program per 45 CFR §164.308(a)(1)(ii)(A) and the OCR Guidance under the HIPAA Security Rule. The type of assessment performed for the above business unit is a self-assessment.



Oct 5, 2023 11:47:22 MDT