Enc Registration Dt

| Per Addr State | 2020 % of Total Count | 2020 Count | 2021 % of Total Count | 2021 Count | 2022 % of Total Count | 2022 Count | 2023 % of Total Count | 2023 Count |
|---|---|---|---|---|---|---|---|---|
| UT | 97.89% | 216,690 | 98.30% | 256,923 | 98.43% | 264,407 | 98.57% | 207,981 |
| CO | 0.61% | 1,355 | 0.61% | 1,592 | 0.65% | 1,733 | 0.68% | 1,441 |
| WY | 0.26% | 583 | 0.19% | 503 | 0.17% | 470 | 0.13% | 282 |
| TX | 0.20% | 450 | 0.20% | 511 | 0.16% | 437 | 0.15% | 322 |
| ID | 0.15% | 333 | 0.09% | 227 | 0.05% | 125 | 0.05% | 105 |
| CA | 0.12% | 264 | 0.09% | 235 | 0.07% | 195 | 0.04% | 88 |
| AZ | 0.09% | 200 | 0.08% | 211 | 0.06% | 152 | 0.05% | 112 |
| NV | 0.04% | 96 | 0.04% | 94 | 0.03% | 77 | 0.02% | 48 |
| FL | 0.03% | 63 | 0.03% | 85 | 0.04% | 102 | 0.02% | 37 |
| NM | 0.04% | 91 | 0.03% | 77 | 0.02% | 66 | 0.02% | 44 |
| ND | 0.05% | 106 | 0.02% | 40 | 0.02% | 62 | 0.02% | 43 |
| MT | 0.05% | 120 | 0.02% | 57 | 0.01% | 19 | 0.01% | 24 |
| OK | 0.02% | 49 | 0.01% | 38 | 0.02% | 51 | 0.03% | 55 |
| WA | 0.04% | 81 | 0.02% | 42 | 0.01% | 33 | 0.02% | 36 |
| NC | 0.04% | 90 | 0.02% | 55 | 0.01% | 32 | 0.01% | 11 |
| OR | 0.04% | 78 | 0.02% | 50 | 0.01% | 27 | 0.01% | 26 |
| AK | 0.02% | 44 | 0.02% | 44 | 0.02% | 48 | 0.01% | 28 |
| MO | 0.03% | 64 | 0.01% | 34 | 0.01% | 37 | 0.01% | 28 |
| MS | 0.02% | 35 | 0.01% | 34 | 0.02% | 58 | 0.01% | 26 |
| SD | 0.04% | 78 | 0.01% | 29 | 0.01% | 21 | 0.01% | 22 |
| LA | 0.01% | 22 | 0.02% | 41 | 0.02% | 56 | 0.01% | 18 |
| NY | 0.02% | 50 | 0.02% | 52 | 0.01% | 27 | 0.00% | 7 |
| PA | 0.01% | 30 | 0.01% | 32 | 0.01% | 34 | 0.01% | 19 |
| IA | 0.00% | 8 | 0.01% | 39 | 0.01% | 35 | 0.02% | 32 |
| GA | 0.00% | 11 | 0.01% | 21 | 0.02% | 48 | 0.01% | 18 |
| AL | 0.01% | 19 | 0.01% | 26 | 0.01% | 22 | 0.01% | 14 |
| SC | 0.00% | 7 | 0.01% | 34 | 0.01% | 33 | 0.00% | 6 |
| IL | 0.02% | 42 | 0.01% | 15 | 0.00% | 11 | 0.01% | 11 |
| TN | 0.01% | 19 | 0.01% | 29 | 0.01% | 22 | 0.00% | 8 |
| MI | 0.02% | 35 | 0.00% | 9 | 0.01% | 17 | 0.00% | 9 |
| AR | 0.01% | 15 | 0.01% | 17 | 0.01% | 15 | 0.01% | 18 |
| VA | 0.01% | 22 | 0.00% | 13 | 0.00% | 11 | 0.01% | 15 |
| HI | 0.01% | 17 | 0.01% | 22 | 0.00% | 7 | 0.00% | 9 |
| OH | 0.01% | 22 | 0.01% | 15 | 0.00% | 13 | 0.00% | 2 |
| MN | 0.01% | 25 | 0.00% | 10 | 0.00% | 11 | 0.00% | 5 |
| IN | 0.02% | 34 | 0.00% | 6 | 0.00% | 8 | 0.00% | 3 |
| MA | 0.01% | 27 | 0.00% | 5 | 0.00% | 10 | 0.00% | 1 |
| WI | 0.01% | 20 | 0.00% | 5 | 0.01% | 14 | 0.00% | 3 |
| KS | 0.00% | 11 | 0.00% | 9 | 0.00% | 13 | 0.00% | 5 |
| Alberta | 0.00% | 4 | 0.01% | 18 | 0.00% | 4 | 0.00% | 3 |
| MD | 0.00% | 8 | 0.00% | 5 | 0.00% | 10 | 0.00% | 4 |
| NJ | 0.00% | 6 | 0.00% | 6 | 0.00% | 10 | 0.00% | 3 |

EXHIBIT
15

| Per Addr State | 2020 | | 2021 | | 2022 | | 2023 | |
|---|---|---|---|---|---|---|---|---|
| | % of Total Count | Count | % of Total Count | Count | % of Total Count | Count | % of Total Count | Count |
| NE | | | 0.00% | 12 | 0.00% | 5 | 0.00% | 3 |
| WV | 0.00% | 1 | 0.00% | 8 | 0.00% | 4 | 0.00% | 5 |
| Out of USA | 0.00% | 5 | 0.00% | 3 | 0.00% | 7 | 0.00% | 3 |
| KY | 0.00% | 4 | 0.00% | 3 | | | 0.00% | 5 |
| ME | 0.00% | 1 | 0.00% | 9 | | | 0.00% | 1 |
| CT | | | 0.00% | 4 | 0.00% | 6 | 0.00% | 1 |
| DE | 0.00% | 1 | 0.00% | 6 | | | | |
| RI | 0.00% | 2 | 0.00% | 1 | 0.00% | 3 | | |
| VT | 0.00% | 2 | | | 0.00% | 1 | 0.00% | 2 |
| AE | 0.00% | 2 | | | 0.00% | 3 | | |
| PR | 0.00% | 3 | | | | | | |
| District of Columb | 0.00% | 2 | 0.00% | 1 | | | | |
| AA | | | | | 0.00% | 3 | | |
| Other | | | | | 0.00% | 1 | 0.00% | 1 |
| Ontario | | | 0.00% | 2 | | | | |
| British Columbia | 0.00% | 2 | | | | | | |
| Vancouver | | | 0.00% | 1 | | | | |
| Quebec | 0.00% | 1 | | | | | | |
| NH | | | 0.00% | 1 | | | | |