# DR. BRUCE V. HARTLEY, CISSP
## Managing Director, Advisory Services

## SUMMARY

Dr. Hartley has held senior executive and technical management positions in numerous organizations as a Chief Information Officer, Chief Technology Officer, Chief Information Security Officer, and a National Service Line Leader at a "Big 4" professional services firm.  Experience includes creating and managing rapid growth technology organizations that create leading edge products and services.  Dr. Hartley holds two technology patents, one in the software architecture space and the other in the cyber security space.

Dr. Hartley is currently a Managing Director at Arete Advisors, Inc., where he leads the Advisory practice.  Arete Advisors is a Cyber Security firm that focuses on data-centric investigations, incident response, and security assessments.  Prior to Arete he was the Chief Technology Officer and Chief Information Security Officer at Discovia.  Prior to Discovia, Dr. Hartley was Vice President of the Celerity Consulting Group, where he led the Digital Forensics and Investigations practice.  Prior to Celerity, he was the National Director for Discovery Services at Deloitte FAS, LLP.  Before joining Deloitte, he was the Chief Technology Officer at Cricket Technologies and the IT Sector Director (CIO) at bd Systems, Inc. (now part of SAIC).

Dr. Hartley brings extensive experience across the entire information technology, software engineering, and cyber security and digital forensic spectrums.   He has experience as an expert witness in support of multiple litigations involving such issues as cyber related theft and intrusions, electronic wire transfer and mail fraud, software development process and contracts, data destruction, intellectual property disputes (software/source code theft), protection of company confidential and proprietary information, and trade secret misappropriation.

Dr. Hartley has been a presenter, panel speaker, instructor, and round table representative at several industry conferences and seminars.  Also, Dr. Hartley has authored numerous publications on information security, digital forensics, ethical hacking, data privacy, electronic discovery, records management, and other related topics.

Recognized by the National Computer Security Center as a Vendor Security Analyst (VSA) and certified by the ISC$^2$ as a Certified Information System Security Professional (CISSP), Certification No. 4140.

## EDUCATION

- Doctorate in Computer Science - Colorado Technical University, Colorado Springs, CO
- Master of Arts in Computer Data Management - Webster University, St. Louis, MO, Distinguished Graduate
- Bachelor of Science in Technical Management and Computer Science – Regis College, Denver, CO, Dean's Honor Roll

## PATENTS

- *Method and Apparatus for Assessing the Security of a Computer System.* Patent awarded May 3, 2005, Patent number 6,889,168.
- *Operational System for Operating on Client Defined Rules.*  Patent awarded March 11, 2003, Patent number 6,532,465.

**EXHIBIT 16**

bhartley@areteir.com
www.areteir.com

P a g e  | 1

**DR. BRUCE V. HARTLEY, CISSP**
**Managing Director, Advisory Services**

## PROFESSIONAL EXPERIENCE

**Arete Advisors, Inc. –Managing Director, Myrtle Beach, SC**
**October 2017 – Present**

Dr. Hartley joined Arete Advisors in October 2017 as a Managing Director of the Advisory practice which provides digital investigations and expert services, including the delivery of high-quality cyber security, incident response, digital investigations, and expert witness services across the company.  He is currently leading numerous digital investigations and incident response matters as well as providing Expert Witness services related to cyber security and/or trade secret issues to firms such as Waymo (Google), IBM, Yahoo!, Sonic, Veeva, KCG Holdings, Black Duck Software, Qualcomm, Ring LLC (Amazon), Equipmentshare.com, Palo Alto Networks, and Aerojet Rocketdyne.

**Discovia – Chief Technology Officer and Chief Information Security Officer, San Francisco, CA**
**May 2015 – September 2017**

Dr. Hartley was responsible for the information technology infrastructure, security, development, and support at Discovia.  He directed and managed the application development teams in the US and India as well as the IT Support Team in San Francisco, CA.   He successfully migrated email from on premise MS Exchange to Office 365 in the Microsoft cloud, replaced the on-site PBX system and implemented Skype for Business, and completed a major infrastructure upgrade to the internal hosting and review environment, based on Relativity.

As the CISO, he led all corporate security initiatives and passed independent third-party security audits leading to both ISO 27001 and Health Insurance Portability and Accountability Act (HIPAA) security certifications and prepared the firm for compliance to the upcoming EU General Data Protection Regulation (GDPR).

In addition, Dr. Hartley consulted with corporate clients to solve complex problems related to the collection and analysis of extremely large data sets (big data) for clients such as Chicago Bridge and Ironworks (CB&I).

He offered expertise across the entire litigation lifecycle, leading teams in support of large FCPA investigations, class action lawsuits, SEC investigations, HSR Second Requests, DOJ investigations, and assisting clients with the integration of discovery-related technologies.

He also provided expert witness services in support of multiple litigations involving such issues as trade secret misappropriation and intellectual property (source code) theft for clients such as Zillow and Mobile Simple.

**Celerity Consulting Group – Vice President, Denver, CO and San Francisco, CA**
**October 2012 – May 2015**

Dr. Hartley  led the Litigation Technology Integration Practice assisting clients in deploying and leveraging complex e-discovery tools and technologies, such as those developed by HP, Symantec, Access Data, etc. in support of large complex litigations and investigations.  He managed the e-discovery practice assisting clients in responding to litigations, investigations, etc.   His services included computer forensics, discovery processing, hosting, and review.  He also provided expert, and fact witness services on e-discovery and intellectual property related matters.

bhartley@areteir.com
www.areteir.com
P a g e  | 2

**DR. BRUCE V. HARTLEY, CISSP**
**Managing Director, Advisory Services**

**Compute Intensive, Inc. – President and CEO, Denver, CO**
**June 2011 – October 2012**

Dr. Hartley provided expert technology consultation and support services in the areas of litigation support, information security, and network engineering. He led numerous HP/Autonomy-related integration and implementation efforts supporting the entire EDRM process. He functioned as an expert witness on technology-related matters such as IP theft (source code), fraud, and contract disputes for clients that included the Office of Naval Research and the Department of Justice (DOJ).

**Deloitte Financial Advisory Services, LLP. – National Director, Electronic Discovery Subject Matter Expert, Denver, CO and Hermitage, TN**
**June 2010 – February 2012**

Dr. Hartley functioned as a national e-discovery subject matter expert for Deloitte FAS' Discovery service line. He led FAS' implementation of their legal holds management system, remote desktop collection system, early case assessment capability, electronic discovery processing system and our next generation review and production platform using multiple technologies from HP, Nuix, IPRO, Relativity, etc. He led the implementations of an enterprise-wide remote data collection, early case assessment, and e-discovery processing systems using both Access Data and HP Autonomy technologies for multiple clients.

He also managed the technical team in Hyderabad, India that provides computer forensic and electronic discovery services to the US Practice.

He was frequently engaged as an expert witness on e-discovery process and/or technology-oriented matters, such as intellectual property disputes, including source code analysis and comparisons. He served as the Deloitte FAS representative to the US Deloitte LLP Technology Advisory Council to help define and drive technology solutions across the Deloitte US companies.

**Deloitte Financial Advisory Services, LLP. – National Director, Electronic Discovery**
**Washington, DC and Hermitage, TN**
**October 2005 – June 2010**

Dr. Hartley functioned as a National E-Discovery Subject Matter Expert (SME) for Deloitte FAS' Discovery service line. He led FAS' implementation of their legal holds management system, remote desktop collection system, early case assessment capability, electronic discovery processing system and their next generation review and production platform. He led the implementations of an enterprise-wide remote data collection, early case assessment, and e-discovery processing systems using both Access Data and HP Autonomy technologies for multiple clients.

He managed the technical team in Hyderabad, India that provides computer forensic and electronic discovery services to the US Practice (follow-the-sun model).

He served as the Deloitte FAS representative to the Deloitte LLP Technology Advisory Council to help define and drive technology solutions across the Deloitte US companies.

He led the design and development of Deloitte's Electronic Discovery Solutions Center (EDSC) deploying over 1,000 physical servers with 5 petabytes of dedicated storage. At the time of deployment, the EDSC was the most advanced data center in the Deloitte US Company, designed to meet key Tier III and Tier IV data center requirements.

bhartley@areteir.com
www.areteir.com
P a g e | 3

**DR. BRUCE V. HARTLEY, CISSP**
**Managing Director, Advisory Services**

**Cricket Technologies, LLC. – Chief Technology Officer**
**Reston, VA**
**July 2004 – September 2005**

Dr. Hartley was a member of the executive management team responsible for all software development efforts, computer forensics services, electronic discovery operations, paper (scan and OCR) production, and network operations. He provided technical direction, oversight, and vision for future technologies, products, and services. He led the re-design and development efforts for the Cricket e-discovery appliance which was designed specifically for the litigation support market. Provided Expert Witness services in support of various technology-related matters.

**bd Systems, Inc. – IT Sector Director**
**Colorado Springs, CO**
**December 2002 – July 2004**

Dr. Hartley was responsible for managing and directing approximately 130 people including organizations located in Colorado Springs, CO, San Antonio, TX, Washington D.C., Oakland, Los Angeles and Pasadena, CA. The IT Sector provided network engineering and enterprise management as well as information protection/assurance services to Air Force Space Command, intelligence analyst support, and custom software development to the Air Intelligence Agency, and specialized technical support to NASA.

**Privisec, Inc. – Founder, President, and Chief Executive Officer**
**Colorado Springs, CO**
**April 2002 – October 2005**

Dr. Hartley founded Privisec, Inc. to provide top quality cyber security and forensic consulting services to the financial, healthcare, and local and state Government communities. He frequently led hands-on security assessment and penetration tests and was routinely invited to speak at industry conferences in both the Financial and Government sectors. He was often interviewed and quoted by the press on cyber security related matters.

**PoliVec, Inc. – Founder, President and Chief Executive Officer**
**Colorado Springs, CO**
**October 1999 – April 2002**

As the founder of the company, Dr. Hartley was responsible for the overall direction and operation of PoliVec, Inc. This included leading the effort to obtain $9 million in funding from a Silicon Valley venture capital firm to establish the company as a key player in the enterprise information security arena for both products and services.

During his tenure as CEO, the company grew from the 3 original founders to approximately 40 employees. Within its first 18 months, they developed and shipped the PoliVec Builder and PoliVec Scanner products, for both Windows and Unix/Linux environments, gained significant early traction with over 30 customers, and received favorable product reviews and awards from such publications as InfoWorld and SC magazine.

**DMW Worldwide - Executive Vice President and Chief Operating Officer**
**Colorado Springs, CO**
**February 1998 - February 2000**

Dr. Hartley re-directed the company's operational entities and product development focus of the Entero Customer Care and Billing product to address the IP-centric market. He delivered the Entero Commissions product to several Competitive Local Exchange Carriers (CLECs) and directed the HostCHECK Unix/Linux

security software development effort.  DMW was successfully sold to Mindport, a provider of software products and support services for traditional and broadband distributors of pay media.

**DMW Worldwide Senior Vice President and Chief Technology Officer**
**Colorado Springs, CO**
**January 1997 - February 1998**

Dr. Hartley created, developed, and operated the Network Engineering and Information Protection Consulting practice.  The practice focused on providing high-profile commercial clients, such Time-Warner, Qwest Communications, McGraw-Hill, AIG Insurance, SGI, and AT&T Capital, with enterprise-wide cyber security services and the development of automated security tools to enhance a client's ability to maintain a consistent security posture.

As the Chief Technology Officer, Dr. Hartley directed the re-design and re-engineering effort of the Entero product using objected-oriented technology, defined, and implemented new software development processes, and created a software test and quality assurance organization.  He successfully deployed the first release of the Entero Customer-Care and Billing system to the first cellular reseller in Japan and the HostCheck Unix security assessment product to the general Unix/Linux market.

**Trident Data Systems - Senior Vice President and Chief Technology Officer**
**Los Angeles, CA**
**July 1995 – December 1996**

Dr. Hartley was one of five key executives who managed this 1,100-person company with over a dozen physical locations and over $100M in annual revenue.  He provided overall strategic technical direction and planning for all operational locations throughout the United States.  In addition, he completed numerous company initiatives including the creation of regional laboratories for cyber security, rapid applications development, document imaging, and Local Area Network/Wide Area Network technologies.

Led the commercial information protection services division supporting clients such as Hughes Space and Communications, BBN Communications, Space Imaging, Wells Fargo, and Sun Microsystems.

**Trident Data Systems - Vice President of Technology and Chief Information Officer**
**Colorado Springs, CO and Los Angeles, CA**
**July 1994 - July 1995**

As the CIO, Dr. Hartley led the development of a custom Oracle-based Human Resources system, implemented an enterprise Internet firewall system based on Checkpoint-1, upgraded the corporate electronics mail system from a Macintosh-based solution to an enterprise mail solution using MS Exchange, and upgraded the accounting system from an aging Oracle Financials solution running on HP-UX to a Deltek-based solution running on Solaris (Unix).

**Trident Data Systems - Director, Colorado Springs Operations**
**Colorado Springs, CO**
**February 1991 - July 1994**

Dr. Hartley was responsible for all Colorado Springs, CO operations and grew the office from 5 employees to over 80 in this period with an increase in annual revenues from less than $500,000 to over $10M.  He was Program Manager and Technical Lead on the Consolidated Space Operations Center Integration and Activation Support Contract.  During his tenure as Program Manager, they received three consecutive 100% award fees.  He was the Proposal Manager and Technical Volume Lead on the successful Government proposal effort, leading to a 5 year $50M contract with HQ Air Force Space Command.  Dr. Hartley worked

**DR. BRUCE V. HARTLEY, CISSP**
**Managing Director, Advisory Services**

with the Air Force Information Warfare Center to perform a tools-based risk assessment of the Air Force Satellite Control Network (AFSCN) Mission Support Network, leading to a three-year accreditation.

**Unisys Defense Systems - Project Manager**
**Colorado Springs, CO**
**January 1990 - February 1991**

Dr. Hartley was responsible for operating and maintaining the Air Force Space Command Mission Support Network with nodes at Falcon Air Force Base, CO, Onizuka Air Force Base, CA, and Los Angeles Air Force Base, CA.  He managed a technical staff of 22 and provided communications and security engineering support.

**Arca Systems - Chief Engineer**
**San Jose, CA**
**May 1988 - December 1989**

Dr. Hartley was responsible for the technical direction and excellence of all Arca Systems projects.  Program Manager and Technical Lead on the ARGUS multi-level secure database development effort, which was the first implementation of the integrity lock concept outside of academia.  He developed the Informal Security Policy Model, the Detailed Top-Level Specification and Security Test Plans and Procedures for a B1 level secure system, built on the DEC Secure Unix environment, in accordance with DoD 5200.28-Std (Orange Book).  He developed and instructed the Arca Computer Security and Arca Network Security courses delivered to numerous commercial and Government organizations.

**Computer Technology Associates (CTA) - Senior Engineer**
**Colorado Springs, CO**
**January 1985 - May 1988**

Project Manager and Technical Lead for the United States Space Command Space Command Center Integration effort, the Worldwide Military Command and Control System Information System installation in the NORAD Cheyenne Mountain Complex, and the WWMCCS Host installation at Cheyenne Mountain.

## OTHER RELATED EXPERIENCE

Developed and taught numerous computer science courses, at both the undergraduate and graduate levels, at multiple colleges and universities since 1985.   Previously an Adjunct Professor of Computer Sciences and a member of the Technical Advisory Board at Colorado Technical University, Colorado Springs, CO focusing on the design and development of their cyber security degree programs.

Published over 25 articles and technical papers in such publications as Internet Security Advisor, Data Communications, Information Security, DM Review, COTS Journal, Lotus Advisor, and the Metropolitan Corporate Counsel.

## INVITED TALKS, PRESENTATIONS, AND RELATED ACTIVITIES

Presented at numerous conferences in the United States, Canada, and Europe on numerous information technology and security related topics.  These conferences include Legal Tech New York, Network World + Interop, Communications Networks (ComNet), Sun World, Federal Information Superiority Conference (FISC), Vanguard Enterprise Security Expo, NAFCU Annual Conference and Expo, NAFCU Security Workshop, The Legal and Strategic Guide to Electronic Discovery, IQPC Records Management and e-Discovery Conference, the International CERT Conference, Techno Security and Mobile Forensics, and the Northern California e-Discovery Retreat.  Also developed and presented CLE sessions on computer forensics

**DR. BRUCE V. HARTLEY, CISSP**
**Managing Director, Advisory Services**

and electronic discovery for Sidley Austin, LLP., Jones Day University, and Mayer Brown University in Chicago, Los Angeles, CA, Washington DC, and New York, NY.

## RECENT EXPERT WITNESS AND TESTIMONY EXPERIENCE (Last 4 Years)

*BMC Software Inc. -v International Business Machines Corporation*
United States District Court, Southern District of Texas, Houston Division
Case No. 4:17-cv-2254
Designated by Defendant as a Testifying Computer Software and Security Expert

*Sonic Corp Customer Data Breach Litigation*
United States District Court, Norther District of Ohio, Eastern Division at Cleveland
MDL Case No. 1:17-md-02807-JSG (Case On-Going)
Designated by Defendant as a Testifying Industry Cyber Security Expert

*Quintiles IMS Incorporated and IMS Software Services, LTD -v Veeva Systems, Inc.*
United States District Court for District of New Jersey
Case No: 2:17-cv-00177-CCC-MF (Case On-Going)
Designated by Defendant as a Testifying Computer Software and Cyber Security Industry Expert

*Merck and Company, Inc. et al -v ACE American Ins Co, et al*
Superior Court of New Jersey, Union County
Case No. UNN-L-002682-18
Designated by Defendant as a Testifying Digital Forensics and Cyber Security Industry Expert

*Mondelez International Inc. -v Zurich American Insurance Company*
Circuit Court of Cook County Illinois
Case No. 2018 L 011008
Designated by Defendant as a Testifying Digital Forensic and Cyber Security Industry Expert

*SunPower v. Gabriela Bunea and Does 1-100*
American Arbitration Association
Case No. 01-19-0003-9663
Designated by the Defendant as a Testifying Cyber Security and Digital Forensics Expert

*Mary Czech -v PESI, Inc.*
Circuit Court of Eau Claire County Wisconsin
Case No. 2020-cv-000257 Case Code: 30701 (Case On-Going)
Designated by the Defendant as a Testifying Digital Forensics Expert

*Ahern Rentals, Inc. -v Equipmentshare.com, Inc.*
United States District Court of Nevada
Case No.: 2:19-cv-02138-JAD-BNW (Case On-Going)
Designated by the Defendant as a Testifying Cyber Security Industry Expert

*National Union Fire Insurance Company of Pittsburg, PA as assignee of Cajun Operating Company d/b/a Church's Chicken -v Sonata Software North America, Inc.*
American Arbitration Association
Case No. 01-22-0000-7055 (Case On-Going)
Designated by the Plaintiffs as a Testifying Cyber Security Industry Expert

bhartley@areteir.com
www.areteir.com
P a g e | 7

**DR. BRUCE V. HARTLEY, CISSP**
**Managing Director, Advisory Services**

*AIG Specialty Insurance Company -v Accellion, Inc.*
United States District Court, Southern District of Florida, Miami Division
Case No. 22-20272-CIV-GRAHM
Designated by the Plaintiffs as a Testifying Cyber Security Industry Expert

*Russell Toal, Superintendent of Insurance -v Starr Surplus Lines Insurance Company*
United States District Court for the District of New Mexico
Civ. No. 1:22-cv-0046
Designated by the Defendant as a Testifying Cyber Security and Digital Forensics Expert

*Physical Therapy Specialists Clinic, Inc. -v Allscripts Healthcare Solutions, Inc.*
Case No. 01-21-0002-5876
Designated by the Plaintiffs as a Testifying Cyber Security and Digital Forensics Expert

*Guadalupe Granado -v Sandridge Energy, Inc.*
United States District Court, Western District of Oklahoma
Case No. CJ-2022-2500
Designated by the Defendant as a Testifying Cyber Security Industry Expert

*Tata AIG General Insurance Company, Ltd. -v Infinix Services PVT, Ltd*
Arbitration Matter
Case No. 10930058 (Case On-Going)
Designated by the Plaintiffs as a Testifying Cyber Security Industry Expert

*Kristin Kauffman -v Woodie H. Thomas, III, et al.*
Circuit Court of the Seventeenth Judicial District, In and For Boward County, Florida
Case No: CACE-20-005032, Division 18 (Case On-Going)
Designated by the Defendant as a Testifying Cyber Security and Digital Forensics Expert

*Centripetal Networks, Inc. -v Palo Alto Networks*
United States District Court for the Eastern District of Virginia
Case 2:21-cv-00137-AWA-RJK (Case On-Going)
Designated by the Defendant as a Testifying Cyber Security Industry Expert

*Ring LLC Privacy Litigation*
United States District Court Central District California Western Division
Case 2:19-cv-10899-MWEF-RAO (Case Settled)
Designated by the Defendant as a Testifying Cyber Security Industry Expert

*CGI Federal, Inc. -v Aerojet Rocketdyne, Inc.*
United States District Court for the Eastern District of California
Case No. 2:20-CV-01781-JAM-KJN
Designated by the Defendant as a Testifying Cyber Security Industry Expert

*Washington State Office of the Attorney General*
Case Name: T-Mobile (Data Breach)
Case No. 10930058 (Case On-Going)
Designated by the Plaintiffs as a Testifying Cyber Security Industry Expert

*Risk-Based Security, Inc. -v Black Duck Software, Inc.*
Middlesex County Superior Court – Woburn, Commonwealth of Massachusetts
Civil Action No: 1881CV02383 (Case On-Going)
Designated by Defendant as a Testifying Cyber Security Industry Expert

bhartley@areteir.com
www.areteir.com
P a g e  | 8

**DR. BRUCE V. HARTLEY, CISSP**
**Managing Director, Advisory Services**

*Qualcomm -v Apple and/or Intel*
Superior Court of the State of California, County of San Diego, North County Division
Case No. 37-2017-00041389 (Case Settled)
Designated by Plaintiffs as a Testifying Cyber Security Industry Expert

*Apple, Inc. -v Gerard Williams III*
Superior Court of the State of California, for the County of Sanat Clara
Case No. 19-CV-352866
Designated by Defendant as Testifying Cyber Security Industry Expert

## ADDITIONAL EXPERT WITNESS AND TESTIMONY EXPERIENCE

*Syniverse Technologies, Inc., -v BellSouth Telecommunications, Inc.*
Florida Middle District Court
Case No.  8:2005cv00777 (Case Settled)
Designated by Plaintiffs as a Testifying Computer Software Expert

*Illinois State Board of Investment –v Amerigroup Corporation, et al*
United States District Court, Eastern District of Virginia
Case No.  2:05-CV-701 (HCM-FBS)
Designated by Defendants as a Testifying Computer Forensics Expert

*Citadel Investment Group, LLC., et al –v Mikhail Malyshev, et al*
American Arbitration Association
Case No. 51 166 00969 09 and 51 166 00970 09 (Deposed and Testified)
Designated by Defendants as a Testifying Computer Software and Computer Forensics Expert

*Department of Navy, Office of Naval Research –v 21st Century Systems, Inc.*
Armed Services Board of Contract Appeals (ASBCA), Contract No. N00014-11-Q-0015
Case No.  ASBCA 56213 (Case Settled)
Designated by Plaintiffs as a Testifying Computer Software Expert

*MoneyGram Payment Systems, Inc., -v RBD Securities, Inc.*
State of Minnesota District Court, Fourth Judicial District
Case No.  27-cv-12-1349
Designated by Plaintiffs as a Testifying Electronic Discovery Expert

*Brady –v Reyes*
Superior Court of California, County of Santa Clara
Case No. 6-10-FL-003968
Designated by Defendants as an Electronic Discovery Expert

*Move, Inc. et al –v Zillow, Inc., et al*
Superior Court of Washington for King County
Case No. 14-2-07669-0 SEA
Designated by Defendants as a Testifying Computer Forensics Expert

*Bartech Systems International, Inc., -v Mobile Simple Solutions, Inc., et al*
Eighth Judicial District Court
Case No.  A-14711544-B
Designated by Defendant as a Testifying Computer Software and Cyber Security Industry Expert

**DR. BRUCE V. HARTLEY, CISSP**
**Managing Director, Advisory Services**

*Waymo LLC. –v Uber Technologies, Inc., et al*
United States District Court, Northern District of California, San Francisco Division
Case No. 3:17-cv-00939-WHA (Case Settled)
Designated by Plaintiffs as a Testifying Computer Security Expert

*KCG Holdings, Inc. –v Rohit Khandekar*
United States District Court, Southern District of New York
Case No. 17 CV 3533
Designated by Plaintiffs as a Testifying Computer Software and Security Expert

*Yahoo! Inc. Customer Data Security Breach Litigation*
United States District Court, Norther District of California, San Jose Division
Case No: 16-md-02752-LHK (Case Settled)
Designated by Defendant as a Testifying Industry Cyber Security Expert

## RELEVANT PUBLICATIONS

- Get the Jump on E-Forensics, The Metropolitan Corporate Counsel
- Financial Institution Security – Case Studies, Credit Union Tech-Talk
- Developing Effective Security Policies, Lotus Advisor Magazine
- Safer E-Commerce, Business Security Advisor
- Windows NT or Linux:  Which is More Secure? Business Security Advisor
- Security as a Process, with Anthony D. Locke, DM Review
- Why is Computer Crime on the Rise? Business Security Advisor
- Improve Host Security, Business Security Advisor
- Denial of Service…or Just Denial? Internet Security Advisor
- Policy-Driven Network Security: A Proactive Approach to Securing the Enterprise, COTS Journal
- ASP Security: Who is Watching Your Business' Future, Internet Industry Magazine
- A Proactive Approach to Securing the Enterprise, Internet Security Advisor
- ILOVEYOU: Another Good Reason to Re-Visit Corporate Security Practices, Internet Security Advisor
- Honey-Pots: A New Dimension to Intrusion Detection, Internet Security Advisor
- Today, More Than Ever, We Must Think About Security, Internet Security Advisor
- Is Your Network Inviting Attack, with Eric Knight, Internet Security Advisor
- Policy-Based Security for e-Business, Internet Security Advisor
- Anatomy of a Vulnerability, Internet Security Advisor
- Move to e-Business with Confidence, Internet Security Advisor
- Get Your Network Ready for e-Business, Security Advisor
- Test of Strength and Security, Information Security
- You Need a Corporate Security Policy, Security Advisor
- The Password Paradox:  Insecure Security, Internet Security Advisor
- Ensure the Security of Your Corporate Systems, Security Advisor
- Securing e-Commerce Without Heavy Investment, Data Communications
- Virtual Private Networks, Internet Security Advisor
- Data Security for Medical Information Systems and Confidentiality and Privacy Protection, Auerbach Publishing, New York
- Ensuring Data Confidentiality and Integrity in Medical Information Systems:  Defining a Security Policy, Thompson Publishing Group, New York

bhartley@areteir.com
www.areteir.com
P a g e | 10