Blaine J. Benard (#5661)
Brent E. Johnson (#7558)
Engels J. Tejeda (#11427)
Emily T. Howe (#18294)
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
bjbenard@hollandhart.com
bjohnson@hollandhart.com
ejtejeda@hollandhart.com
ethowe@hollandhart.com

*Attorneys for Defendant Uintah Basin Healthcare*

# IN THE UNITED STATES DISTRICT COURT,
# IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JASON RASMUSSEN et al., on behalf of themselves and all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>UINTAH BASIN HEALTHCARE, a Utah non-profit corporation;<br><br>Defendant. | **ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBIT 12 AND EXHIBIT 13 TO DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT UNDER FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1) and 12(b)(6), OR IN THE ALTERNATIVE, SUMMARY JUDGMENT UNDER RULE 56**<br><br>2:23-cv-00322-HCN-DBP<br><br>Judge Howard C. Nielson, Jr.<br>Chief Magistrate Judge Dustin B. Pead |

Before the Court is Defendant Uintah Basin Healthcare ("**UBH**") Motion for Leave to File Under Seal Exhibit 12 and Exhibit 13 to its Motion to Dismiss. For good cause shown, the Motion is GRANTED and the unredacted copies of Exhibit 12 and Exhibit 13 may remain sealed indefinitely.

DATED this \_\_\_\_\_ day of _____, 2023.

BY THE COURT:

_____
Howard C. Nielson, Jr.
United States District Court Judge

30716897_v1