Blaine J. Benard (#5661)
Brent E. Johnson (#7558)
Engels J. Tejeda (#11427)
Emily T. Howe (#18294)
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
bjbenard@hollandhart.com
bjohnson@hollandhart.com
ejtejeda@hollandhart.com
ethowe@hollandhart.com

*Attorneys for Defendant Uintah Basin Healthcare*

**IN THE UNITED STATES DISTRICT COURT,
IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| JASON RASMUSSEN et al., on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>vs.<br><br>UINTAH BASIN HEALTHCARE, a Utah non-profit corporation,<br><br>  Defendant. | **APPEARANCE OF COUNSEL**<br><br>Case No. 2:23-cv-00322-HCN-DBP<br><br>District Judge Howard C. Nielson, Jr.<br><br>Chief Magistrate Judge Dustin B. Pead |

Emily T. Howe of Holland & Hart LLP hereby enters her appearance of counsel for Defendant Uintah Basin Healthcare in the above-referenced action and respectfully requests that all pleadings, filings, and notices in this matter be served upon her at the following address:

Emily T. Howe
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, Utah 84101
Telephone: 801.799.5800
ethowe@hollandhart.com

DATED this 18th day of October, 2023.

                        HOLLAND & HART LLP

                        */s/ Emily T. Howe*
                        Blaine J. Benard
                        Brent E. Johnson
                        Engels J. Tejeda
                        Emily T. Howe
                        *Attorneys for Defendant*

30180853_v1