Blaine J. Benard (5661)
Brent E. Johnson (7558)
Engels J. Tejeda (11427)
Emily T. Howe (18294)
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
BJBenard@hollandhart.com
BJohnson@hollandhart.com
EJTejeda@hollandhart.com
ETHowe@hollandhart.com

*Attorneys for Defendant Uintah Basin Healthcare*

---

## IN THE UNITED STATES DISTRICT COURT,
## IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JASON RASMUSSEN et al., on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>vs.<br><br>UINTAH BASIN HEALTHCARE, a Utah non-profit corporation,<br><br>      Defendant. | **MOTION FOR PRO HAC VICE ADMISSION OF LAURA A. BALSON**<br><br>2:23-cv-00322-HCN-DBP<br><br>District Judge Howard C. Nielson, Jr.<br>Chief Magistrate Judge Dustin B. Pead |

Pursuant to DUCivR 83-1.1(c), I move for the pro hac vice admission of Laura A. Balson as counsel for Defendant Uintah Basin Healthcare and consent to serve as local counsel. I am an active member of this Court's bar.

The application and proposed order are attached as exhibits, and the admission fee will be paid to the Court at the time of filing. I certify that I have verified with the Applicant that the information contained in the application is true and accurate.

DATED this 19th day of October, 2023.

HOLLAND & HART LLP

*/s/ Blaine J. Benard*
Blaine J. Benard
Brent E. Johnson
Engels J. Tejeda
Emily T. Howe
*Attorneys for Defendant*

30719866_v1