

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
# APPLICATION FOR PRO HAC VICE ADMISSION

## CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | Blaine J. Benard |
| Firm: | Holland & Hart LLP |
| Address: | 222 South Main Street, Suite 2200 |
| | Salt Lake City, UT 84101-2194 |
| Telephone: | 801.799.5800 |
| Email: | BJBenard@hollandhart.com |
| | |
| Pro Hac Vice Applicant: | Laura Balson |
| Firm: | Constangy, Brooks, Smith & Prophete, LLP |
| Address: | 20 N. Wacker Dr., Suite 4120 |
| | Chicago, Illinois 60606 |
| Telephone: | 773-661-4708 |
| Email: | lbalson@constangy.com |

An applicant who intend to become a member of the Utah State Bar, please identify the type of admission you seek:

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

## STATE AND FEDERAL BAR MEMBERSHIPS

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| Illinois | 6291377 | May 10, 2007 |
| Massachusetts | 665930 | June 21, 2006 |
| Maine | 9961 | May 24, 2006 |
| Wisconsin | 1129608 | June 8, 2022 |
| Northern District of IL | | June 21, 2007 |
| District of Massachusetts | | August 24, 2006 |

Have you ever been the subject of disciplinary action by any bar or court to which you have been admitted?   ☐ Yes   ☒ No

1

If yes, please explain:

|  |
|  |

**LIST PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH
IN THE PREVIOUS 5 YEARS**

| Case Name | Case Number | Date of Admission |
|---|---|---|
| N/A |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

If you have been admitted pro hac vice in 3 unrelated cases in this district in the previous 5 years, please explain your reason(s) for not seeking admission to the Utah State Bar:

|  |
|  |

| | | |
|---|---|---|
| I certify that I am a member in good standing of all bars and courts to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that I am not a member of the Utah State Bar. | ☒ Yes | ☐ No |
| I certify that I have listed all cases in which I have been admitted pro hac vice this district in the previous 5 years. | ☒ Yes | ☐ No |
| I certify that I do not maintain a law office in Utah. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

Under DUCivR 83-1.1(d)(2) you must register to efile to receive electronic notification of case activity. Please visit the court's Attorney Admissions webpage for instructions.

_____  
Signature

_10/19/2023_____  
Date

30724576_v1