Blaine J. Benard (#5661)
Brent E. Johnson (#7558)
Engels J. Tejeda (#11427)
Emily T. Howe (#18294)
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
bjbenard@hollandhart.com
bjohnson@hollandhart.com
ejtejeda@hollandhart.com
ethowe@hollandhart.com

*Attorneys for Defendant Uintah Basin Healthcare*

## IN THE UNITED STATES DISTRICT COURT,
## IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JASON RASMUSSEN et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UINTAH BASIN HEALTHCARE, a Utah non-profit corporation,<br><br>Defendant. | **DEFENDANT UINTAH BASIN HEALTHCARE'S DISCLOSURE STATEMENT**<br><br>Case No. 2:23-cv-00322-HCN-DBP<br><br>District Judge Howard C. Nielson, Jr.<br><br>Chief Magistrate Judge Dustin B. Pead |

Pursuant to Federal Rule of Civil Procedure 7.1, Uintah Basin Healthcare ("UBH") discloses as follows:

UBH does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

UBH is a citizen of Utah.

DATED this 19th day of October, 2023.

                                                                  HOLLAND & HART LLP

                                                                  */s/ Emily T. Howe*
                                                                  Blaine J. Benard
                                                                  Brent E. Johnson
                                                                  Engels J. Tejeda
                                                                  Emily T. Howe
                                                                  *Attorneys for Defendant*

30736130_v1