**IN THE UNITED STATES DISTRICT COURT,
IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| JASON RASMUSSEN et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UINTAH BASIN HEALTHCARE, a Utah non-profit corporation,<br><br>Defendant. | **ORDER GRANTING PRO HAC VICE ADMISSION OF LAURA A. BALSON**<br><br>2:23-cv-00322-HCN-DBP<br><br>District Judge Howard C. Nielson, Jr.<br>Chief Magistrate Judge Dustin B. Pead |

Before the Court is Local Counsel's Motion for Pro Hac Vice Admission of Laura A. Balson. Based on the motion and for good cause appearing, it is ORDERED that the motion is GRANTED.

DATED this 20 day of October 2023.

BY THE COURT:

_____
Dustin B. Pead
United States Magistrate Judge