Blaine J. Benard (#5661)
Brent E. Johnson (#7558)
Engels J. Tejeda (#11427)
Emily T. Howe (#18294)
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
BJBenard@hollandhart.com
BJohnson@hollandhart.com
EJTejeda@hollandhart.com
ETHowe@hollandhart.com

*Attorneys for Defendant Uintah Basin Healthcare*

**IN THE UNITED STATES DISTRICT COURT,
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| JASON RASMUSSEN et al., on behalf of themselves and all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>UINTAH BASIN HEALTHCARE, a Utah non-profit corporation;<br><br>Defendant. | **STIPULATED MOTION TO EXTEND REPLY DEADLINE**<br><br>2:23-cv-00322-HCN-DBP<br><br>Judge Howard C. Nielson, Jr.<br>Chief Magistrate Judge Dustin B. Pead |

Defendant Uintah Basin Healthcare ("UBH") and Plaintiffs Donna Halton; Doris Hyatt; Mandy Keasler, on behalf of her minor son, A.K.; Christian Miller, Jason Rasmussen, and Mindy Rasmussen (the "Plaintiffs"), individually and on behalf of all similarly situated persons, file this Stipulated Motion to Extend Reply Deadline pursuant to Rule 6(b) of the Federal Rules of Civil Procedure.

UBH seeks to extend the deadline to file its Reply in support of its Motion to Dismiss and in the alternative, Motion for Summary Judgment, by two-weeks, from January 2, 2024, to January 16, 2024.

Rule 6 of the Federal Rules of Civil Procedure permits a court to, "for good cause, extend [a deadline] . . . if a request is made" before the original time expires. *See* Fed. R. Civ. P. 6(b). Here, there is good cause to extend the reply deadline given the holidays and the complexity of the briefing. This two-week extension will allow Defendant sufficient time to finishing briefing a complex motion to dismiss, as well as accommodate UBH counsels' schedules. This extension will not unduly delay the case. Accordingly, the Parties respectfully seek a Court order that the deadline for UBH to file its reply in support of its Motion be extended to January 16, 2024.

DATED this 2nd day of January, 2024.

HOLLAND & HART LLP

*/s/ Emily T. Howe*
Blaine J. Benard
Brent E. Johnson
Engels J. Tejeda
Emily T. Howe
*Attorneys for Defendant*

DATED this 2nd day of January, 2024

CHESTNUT CAMBRONNE PA

/s/ Bryan L. Bleichner
*(Signed by Filing Attorney with permission of Bryan Bleichner)*
Bryan L. Bleichner
Philip J. Krzeski
*Attorneys for Plaintiffs*

31141827_v1

2