# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JASON RASMUSSEN et al., on behalf of themselves and all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>UINTAH BASIN HEALTHCARE, a Utah non-profit corporation;<br><br>Defendant. | **ORDER GRANTING STIPULATED MOTION TO EXTEND REPLY DEADLINE**<br><br>2:23-cv-00322-HCN-DBP<br><br>Judge Howard C. Nielson, Jr.<br>Chief Magistrate Judge Dustin B. Pead |

Before the Court is a Stipulated Motion to Extend Defendant's Reply Deadline. For good cause shown, the Court GRANTS the Motion and extends Defendants' deadline to file a Reply in support of its Motion to Dismiss, or in the alternative, Motion for Summary Judgment, to January 16, 2024.

DATED this 8 day of January, 2024.

BY THE COURT:

_____
Dustin B. Pead
United States Magistrate Judge

**APPROVED AS TO FORM:**

HOLLAND & HART LLP

*/s/ Emily T. Howe*
Blaine J. Benard
Brent E. Johnson
Engels J. Tejeda
Emily T. Howe
*Attorneys for Defendant*

CHESTNUT CAMBRONNE PA

*/s/ Bryan Bleichner*
*(Signed by Filing Attorney with permission of Bryan Bleichner)*
Bryan L. Bleichner
Philip J. Krzeski
*Attorneys for Plaintiffs*

31142035_v1