Jennifer Fraser Parrish (11207)
  parrish@mcg.law
MAGLEBY CATAXINOS & GREENWOOD, PC
141 West Pierpont Avenue
Salt Lake City, UT 84101
Tel.: (801) 359-9000
Fax: (801) 359-9011

*Attorney for Plaintiff Christian Miller
  and the Proposed Class*

# THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| JASON RASMUSSEN et al., on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br>v.<br><br>UINTAH BASIN HEALTHCARE,<br> a Utah non-profit corporation,<br><br>     Defendant. | **MOTION FOR PRO HAC VICE ADMISSION (Lisa A. White)**<br><br>Case No. 2:23-cv-00322-HCN-DBP<br><br>District Judge Howard C. Nielson, Jr.<br>Chief Magistrate Judge Dustin B. Pead |

   I move for the pro hac vice admission of _____Lisa A. White_____ (Applicant) as counsel for __Plaintiff Christian Miller__, and I consent to serve as local counsel. I am an active member of this court's bar.

   The application and proposed order are attached as exhibits, and the admission fee will be paid to the court at the time of filing. I certify that I have verified with the Applicant that the information contained in the application is true and accurate.

   DATED:_____2/28/2024_____.

                                             /s/ Jennifer Fraser Parrish
                                             Signature

                                             *Attorney for Plaintiff Christian Miller
                                             and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that I am employed by the law firm of MAGLEBY CATAXINOS & GREENWOOD, PC, 141 W. Pierpont Avenue, Salt Lake City, Utah 84101, and that pursuant to Rule 5(b), Federal Rules of Civil Procedure, a true and correct copy of the foregoing **MOTION FOR PRO HAC VICE ADMISSION FOR LISA A. WHITE** was submitted to the Court's CM/ECF System this 28th day of February 2024.

/s/ H. Evan Gibson