

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
# APPLICATION FOR PRO HAC VICE ADMISSION

## CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | Jennifer Fraser Parrish |
| Firm: | Magleby Cataxinos & Greenwood, PC |
| Address: | 141 West Pierpont Avenue |
| | Salt Lake City, UT 84101 |
| Telephone: | (801) 359-9000 |
| Email: | parrish@mcg.law |
| | |
| Pro Hac Vice Applicant: | Lisa A. White |
| Firm: | Mason LLP |
| Address: | 5335 Wisconsin Avenue NW, Suite 640 |
| | Washington, D.C. 20015 |
| Telephone: | (202) 429-2290 |
| Email: | lwhite@masonllp.com |

An applicant who intends to become a member of the Utah State Bar, please identify the type of admission you seek:

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

## STATE AND FEDERAL BAR MEMBERSHIPS

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| State Bar of Tennessee | 026658 | 10/31/2007 |
| Tennessee Supreme Court | TN026658 | 10/31/2007 |
| U.S. District Court for the District of Colorado | | 1/30/2023 |
| U.S. District Court for the Central District of Illinois | | 11/18/2019 |
| U.S. District Court for the Northern District of Illinois | | 2/7/2023 |
| U.S. District Court for the Southern District of Indiana | | 9/21/2016 |
| U.S. District Court for the Eastern District of Michigan | | 11/28/2023 |
| U.S. District Court for the Eastern District of Missouri | 026658TN | 12/22/2016 |
| U.S. District Court for the District of Nebraska | | 9/16/2022 |
| U.S. District Court for the Eastern District of Tennessee | | 9/15/2014 |
| U.S. District Court for the Middle District of Tennessee | | 11/23/2014 |
| U.S. District Court for the Western District of Tennessee | | 7/3/2017 |
| U.S. District Court for the Eastern District of Wisconsin | | 2/27/2017 |
| U.S. District Court for the Western District of Wisconsin | | 3/23/2023 |
| United States Court of Appeals for the Seventh Circuit | | 5/10/2018 |
| United States Court of Appeals for the Ninth District | | 9/17/2018 |

| United States Court of Federal Claims | | 2/11/2019 |
|---|---|---|

| Have you ever been the subject of disciplinary action by any bar or court to which you have been admitted? | ☐ Yes | ☒ No |
|---|---|---|

If yes, please explain:

N/A

### LIST PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH IN THE PREVIOUS 5 YEARS

| Case Name | Case Number | Date of Admission |
|---|---|---|
| Dean v. Medical Review Institute of America | 2:22-cv-00226 | 4/1/2022 |
| | | |
| | | |
| | | |
| | | |
| | | |

If you have been admitted pro hac vice in 3 unrelated cases in this district in the previous 5 years, please explain your reason(s) for not seeking admission to the Utah State Bar:

N/A

| | | |
|---|---|---|
| I certify that I am a member in good standing of all bars and courts to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that I am not a member of the Utah State Bar. | ☒ Yes | ☐ No |
| I certify that I have listed all cases in which I have been admitted pro hac vice this district in the previous 5 years. | ☒ Yes | ☐ No |
| I certify that I do not maintain a law office in Utah. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

Under DUCivR 83-1.1(d)(2) you must register to efile to receive electronic notification of case activity. Please visit the court's Attorney Admissions webpage for instructions.

_____   \_\_\_2/28/2024_____
Signature                                                              Date