### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH

| | |
|---|---|
| **JASON RASMUSSEN et al., on behalf of themselves and all others similarly situated,**<br><br>    **Plaintiffs,**<br><br>v.<br><br>**UINTAH BASIN HEALTHCARE, a Utah non-profit corporation,**<br><br>    **Defendant.** | **ORDER GRANTING PRO HAC VICE ADMISSION OF LISA A. WHITE**<br><br><br><br>Case No.:  2:23-cv-322-HCN-DBP<br><br>Honorable Howard C. Nielson, Jr.<br><br>Magistrate Dustin B. Pead |

Before the Court is Local Counsel's Motion for Pro Hac Vice Admission of Lisa A. White on the motion and for good cause appearing,

    **IT IS HEREBY ORDERED** that the motion is GRANTED.

DATED this ____ day of _____, 20_____.

                                                                BY THE COURT:

                                                                _____

                                                                US District Judge