# THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| JASON RASMUSSEN et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UINTAH BASIN HEALTHCARE, a Utah non-profit corporation,<br><br>Defendant. | ORDER GRANTING PRO HAC VICE ADMISSION OF LISA A. WHITE<br><br><br><br>Case No.:  2:23-cv-322-HCN-DBP<br><br>Honorable Howard C. Nielson, Jr.<br><br>Chief Maistrate  Judge Dustin B. Pead |

Before the Court is Local Counsel's Motion for Pro Hac Vice Admission of Lisa A. White on the motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is GRANTED.


DATED this 29 day of February, 2024.

BY THE COURT:

_____
US Magistrate Judge
