Ashton J. Hyde (A13248)
YOUNKER HYDE MACFARLANE, PLLC
250 East 200 South, Suite 1100
Salt Lake City, UT 84111
Telephone: (801) 335-6467
Facsimile: (801) 335-6478
ashton@yhmlaw.com

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| JASON RASMUSSEN et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>UINTAH BASIN HEALTHCARE, a Utah non-profit corporation,<br><br>Defendant. | **MOTION FOR PRO HAC VICE ADMISSION**<br><br>Case No. 2:23-cv-00322-HCN-DBP<br><br>District Judge Howard C. Nielson, Jr.<br>Chief Magistrate Judge Dustin B. Pead |

I move for the pro hac vice admission of Christopher P. Renz (Applicant) as counsel for Jason and Mindy Rasmussen, and I consent to serve as local counsel. I am an active member of this court's bar.

The application and proposed order are attached as exhibits, and the admission fee will be paid to the court at the time of filing. I certify that I have verified with the Applicant that the information contained in the application is true and accurate.

DATED: September 16, 2024.

_____
Signature

## CERTIFICATE OF SERVICE

I hereby certify that I am employed by the law firm of YOUNKER HYDE MACFARLANE, PLLC, 250 East 200 South, Suite 1100, Salt Lake City, Utah 84111, and that pursuant to Rule 5(b), Federal Rules of Civil Procedure, a true and correct copy of the foregoing **MOTION FOR PRO HAC VICE ADMISSION FOR CHRISTOPHER P. RENZ** was submitted to the Court's CM/ECF System this 16th day of September, 2024.

/s/Amber Kranwinkle
AMBER KRANWINKLE