

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
# APPLICATION FOR PRO HAC VICE ADMISSION

## CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | Ashton J. Hyde (A13248) |
| Firm: | YOUNKER HYDE MACFARLANE, PLLC |
| Address: | 250 East 200 South, Suite 1100 |
| | Salt Lake City, UT 84111 |
| Telephone: | (801) 335-6467 |
| Email: | ashton@yhmlaw.com |
| | |
| Pro Hac Vice Applicant: | Christopher P. Renz (MN 0313415) |
| Firm: | Chestnut Cambronne PA |
| Address: | 100 Washington Avenue, South, Suite 1700 |
| | Minneapolis, MN 55401 |
| Telephone: | (612) 339-7300 |
| Email: | crenz@chestnutcambronne.com |

An applicant who intend to become a member of the Utah State Bar, please identify the type of admission you seek:

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☒ Motion/Reciprocal

## STATE AND FEDERAL BAR MEMBERSHIPS

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| State of Minnesota | 0313415 | 2001 |
| USDC – District of Minnesota | 0313415 | 2001 |
| | | |
| | | |
| | | |
| | | |

Have you ever been the subject of disciplinary action by any bar or court to which you have been admitted?   ☐ Yes   ☒ No

If yes, please explain:

1

### LIST PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH
### IN THE PREVIOUS 5 YEARS

| Case Name | Case Number | Date of Admission |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

If you have been admitted pro hac vice in 3 unrelated cases in this district in the previous 5 years, please explain your reason(s) for not seeking admission to the Utah State Bar:

| | | |
|---|---|---|
| I certify that I am a member in good standing of all bars and courts to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that I am not a member of the Utah State Bar. | ☒ Yes | ☐ No |
| I certify that I have listed all cases in which I have been admitted pro hac vice this district in the previous 5 years. | ☒ Yes | ☐ No |
| I certify that I do not maintain a law office in Utah. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

Under DUCivR 83-1.1(d)(2) you must register to efile to receive electronic notification of case activity. Please visit the court's Attorney Admissions webpage for instructions.

_____
Signature

_September 16, 2024_____
Date