THE UNITED STATES DISTRICT COURT<br>DISTRICT OF UTAH

| | |
|---|---|
| JASON RASMUSSEN et al., on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br> v.<br><br>UINTAH BASIN HEALTHCARE, a Utah non-profit corporation,<br><br>　　　　　　　Defendant. | ORDER [GRANTING/DENYING] PRO HAC VICE ADMISSION<br><br>CASE NO: 2:23-cv-00322-HCN-DBP<br><br>District Judge <u>Howard C. Nielson, Jr</u><br>Chief Magistrate Judge <u>Dustin B. Pead</u> |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of <u>Christopher P. Renz</u>.  Based on the motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is GRANTED/DENIED.

DATED this ____ day of _____, 20_____.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Name
　　　　　　　　　　　　　　　　　　　　　Title