THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| JASON RASMUSSEN et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UINTAH BASIN HEALTHCARE, a Utah non-profit corporation,<br><br>Defendant. | ORDER GRANTING PRO HAC VICE ADMISSION<br><br>CASE NO: 2:23-cv-00322-HCN-DBP<br><br>District Judge Howard C. Nielson, Jr<br>Chief Magistrate Judge Dustin B. Pead |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of Christopher P. Renz. Based on the motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is GRANTED.

DATED this 16 September 2024.

_____
Dustin B. Pead
United States Magistrate Judge