Tyler J. Bean (*pro hac vice*)
**SIRI & GLIMSTAD LLP**
101 Park Avenue
Suite 1300 - #16982799
Oklahoma City, OK 73102
Tel: (888) 747-4529
E: tbean@sirillp.com

*Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| **JASON RASMUSSEN, et al.,** on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>**v.**<br><br>**UINTAH BASIN HEALTHCARE,**<br><br>Defendant. | <u>**NOTICE OF CHANGE OF ADDRESS**</u><br><br>Case No.  2:23-cv-00322-HCN-DBP<br><br>Judge Howard C. Nielson, Jr<br>Magistrate Judge Dustin B. Pead |

I, Tyler J. Bean, hereby notify the Court that my contact information has changed as described below, effective immediately.

Siri & Glimstad LLP
101 Park Avenue
Suite 1300 - #16982799
Oklahoma City, OK 73102

Dated: April 13, 2026

Respectfully submitted,

*/s/ Tyler J. Bean*
Tyler J. Bean (*pro hac vice*)
**SIRI & GLIMSTAD LLP**
101 Park Avenue
Suite 1300 - #16982799
Oklahoma City, OK 73102

Tel: (888) 747-4529
E: tbean@sirillp.com

*Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 13, 2026, I electronically filed the foregoing using the

Court's CM/ECF system, which will send notifications of such filing to all counsel of record.


*/s/ Tyler J. Bean*
Tyler J. Bean