Blaine J. Benard (#5661)
Brent E. Johnson (#7558)
Engels J. Tejeda (#11427)
Emily T. Howe (#18294)
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
bjbenard@hollandhart.com
bjohnson@hollandhart.com
ejtejeda@hollandhart.com
ethowe@hollandhart.com

*Attorneys for Defendant Uintah Basin Healthcare*

---

**IN THE UNITED STATES DISTRICT COURT,
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| JASON RASMUSSEN et al., on behalf of themselves and all others similarly situated; <br><br> Plaintiffs, <br><br> vs. <br><br> UINTAH BASIN HEALTHCARE, a Utah non-profit corporation; <br><br> Defendant. | **STIPULATED MOTION TO STAY CONSOLIDATED CLASS ACTION PENDING MEDIATION** <br><br> Case No. 2:23-cv-00322-HCN-DBP <br><br> District Judge Howard C. Nielson, Jr. <br> Chief Magistrate Judge Dustin B. Pead |

Defendant Uintah Basin Healthcare ("UBH") and Plaintiffs Donna Halton, Doris Hyatt, Mandy Keasler, on behalf of her minor son, whose initials are A.K., Christian Miller, Jason Rasmussen, and Mindy Rasmussen (collectively, the "Plaintiffs"), individually and on behalf of all similarly situated persons, seek to stay the case pending mediation.

On August 11, 2023, the Plaintiffs filed a Consolidated Class Action Complaint (Dkt. 24). On October 16, 2023, UBH filed a Motion to Dismiss, or in the alternative, Motion for

Summary Judgment (Dkt. 31). The Court heard argument on the motion on September 27, 2024, and took the matter under advisement (Dkt. 55).

The Parties have now agreed to mediate this case. The Parties have agreed upon a mediator and are working to identify a date that works for all Parties, their counsel, and the mediator to hold a mediation. In light of the mediation, the Parties seek to stay the case. A stay will further judicial economy, allowing the Court and the Parties to avoid spending time and money on a case that may be resolved at mediation. The Parties will file a case status report within the earlier of 14 days after mediation or 90 days after the Court enters the order on this motion to stay, informing the Court as to the result of the mediation.[1]

Accordingly, the Parties respectfully seek an order from the Court that the case is stayed pending mediation.  A copy of the proposed Order is attached hereto.

DATED this 22nd day of May, 2026.

HOLLAND & HART LLP


/s/ Blaine J. Benard
Blaine J. Benard
Brent E. Johnson
Engels J. Tejeda
Emily T. Howe
*Attorneys for Defendant*

---

[1] If mediation has not occurred within 90 days, due to the difficulties in scheduling with multiple parties, the Parties will file a status report informing the Court as to the date the mediation is scheduled to occur. The Parties will file another case status report within 14 days of the mediation.

2

DATED this 22nd day of May, 2026.

CHESTNUT CAMBRONNE PA


/s/  Bryan L. Bleichner
Bryan L. Bleichner
*Attorney for Consolidated Class Action Plaintiffs*


SIRI & GLIMSTAD LLP


/s/ Mason A. Barney
Mason A. Barney
*Attorney for Consolidated Class Action Plaintiffs*


MASON LLP


/s/ Danielle L Perry
Danielle L. Perry
*Attorney for Consolidated Class Action Plaintiffs*


37908721.v1

37982056_v1

3