Blaine J. Benard (#5661)
Brent E. Johnson (#7558)
Engels J. Tejeda (#11427)
Emily T. Howe (#18294)
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Telephone: 801.799.5800
bjbenard@hollandhart.com
bjohnson@hollandhart.com
ejtejeda@hollandhart.com
ethowe@hollandhart.com

*Attorneys for Defendant Uintah Basin Healthcare*

## IN THE UNITED STATES DISTRICT COURT,
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JASON RASMUSSEN et al., on behalf of themselves and all others similarly situated;<br><br>     Plaintiffs,<br><br>vs.<br><br>UINTAH BASIN HEALTHCARE, a Utah non-profit corporation;<br><br>     Defendant. | **ORDER GRANTING STIPULATED MOTION TO STAY CONSOLIDATED CLASS ACTION PENDING MEDIATION**<br><br>Case No. 2:23-cv-00322-HCN-DBP<br><br>District Judge Howard C. Nielson, Jr.<br>Magistrate Judge Dustin B. Pead |

Before the Court is Defendant Uintah Basin Healthcare ("UBH") and Plaintiffs Donna Halton, Doris Hyatt, Mandy Keasler, on behalf of her minor son, whose initials are A.K., Christian Miller, Jason Rasmussen, and Mindy Rasmussen (collectively, the "Plaintiffs") Motion to Stay Case Pending Mediation ("Motion"). For good cause shown, the Court GRANTS the Motion and ORDERS that:

- The case is STAYED pending the Parties' mediation.

- The Parties shall file a case status report within the earlier of 14 days after mediation or 90 days from the date of this Order, informing the Court as to the result of the mediation.

- If mediation has not occurred within 90 days, the Parties will file a status report informing the Court as to the date the mediation is scheduled to occur. The Parties will then file another status report within 14 days of the mediation, informing the Court as to the result of the mediation.

DATED this ____ day of _____, 2026.


_____
Dustin B. Pead
United States Magistrate Judge

37982204_v1

2