Danielle L. Perry (admitted *pro hac vice*)
**MASON & PERRY LLP**
5335 Wisconsin Avenue NW, Suite 640
Washington, DC 20015
Telephone: (202) 429-2290
dperry@masonllp.com

*Attorney for Plaintiffs*

---

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| JASON RASMUSSEN, *et al.*, on behalf of themselves and all others similarly situated, <br><br>         Plaintiffs, <br><br> v. <br><br> UINTAH BASIN HEALTHCARE, <br><br>         Defendant. | No. 2:23-cv-00322-HCN-DBP |

## NOTICE OF FIRM NAME CHANGE

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Mason LLP is now Mason & Perry LLP.

All other contact information remains the same, including address, phone number, and email address.

DATED: May 22, 2026         Respectfully submitted,

         **MASON & PERRY LLP**

         */s/ Danielle L. Perry*
         Danielle L. Perry
         5335 Wisconsin Avenue NW, Suite 640
         Washington, DC 20015

Telephone: (202) 429-2290
dperry@masonllp.com

*Attorney for Plaintiffs*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 22, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of the filling to all counsel of record.

*/s/ Danielle L. Perry*
Danielle L. Perry