Lisa A. White (admitted *pro hac vice*)
**MASON & PERRY LLP**
5335 Wisconsin Avenue NW, Suite 640
Washington, DC 20015
Telephone: (202) 429-2290
lwhite@masonllp.com

*Attorney for Plaintiff Christian Miller*

---

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| JASON RASMUSSEN, *et al.*, on behalf of themselves and all others similarly situated, <br><br> —       Plaintiffs, <br><br> v. <br><br> UINTAH BASIN HEALTHCARE, <br><br>       Defendant. | No. 2:23-cv-00322-HCN-DBP |

## NOTICE OF FIRM NAME CHANGE

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Mason LLP is now Mason & Perry LLP.

All other contact information remains the same, including address, phone number, and email address.

DATED: May 22, 2026          Respectfully submitted,

                                **MASON & PERRY LLP**

                                */s/ Lisa A. White*
                                Lisa A. White
                                5335 Wisconsin Avenue NW, Suite 640
                                Washington, DC 20015

Telephone: (202) 429-2290
lwhite@masonllp.com

*Attorney for Plaintiff Christian Miller*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 22, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of the filling to all counsel of record.

/s/ Lisa A. White
Lisa A. White