Danielle Perry (*admitted pro hac vice*)
**MASON & PERRY LLP**
5335 Wisconsin Ave. NW, Ste. 640
Washington, DC 20015
Telephone: 202.429.2290
dperry@masonllp.com

Bryan Bleichner (*admitted pro hac vice*)
Phil Pkrzesji (*admitted pro hac vice*)
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South Ste. 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300
bbleichner@chestnutcambronne.com
pkrzeski@chestnutcambronne.com

Mason Barney (*admitted pro hac vice*)
Tyler Bean (*admitted pro hac vice*)
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Ste. 500
New York, NY 10151
Telephone: 212.532.1091
mbarney@sirillp.com
tbean@sirillp.com

*Attorneys for Plaintiffs*

---

## IN THE UNITED STATES DISTRICT COURT,
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

---

| | |
|---|---|
| JASON RASMUSSEN, et al., on behalf of themselves and all others similarly situated;<br><br>    Plaintiffs,<br><br>vs.<br><br>UINTAH BASIN HEALTHCARE, a Utah non-profit corporation;<br><br>    Defendant. | **JOINT STATUS REPORT**<br><br>Case No. 2:23-cv-00322-HCN-DBP<br><br>District Judge Howard C. Nielson, Jr.<br>Chief Magistrate Judge Dustin B. Pead |

Defendant Uintah Basin Healthcare ("UBH") and Plaintiffs Donna Halton, Doris Hyatt, Mandy Keasler, on behalf of her minor son, whose initials are A.K., Christian Miller, Jason Rasmussen, and Mindy Rasmussen (collectively, the "Plaintiffs"), individually and on behalf of all similarly situated persons, hereby submit this Joint Status Report pursuant to the Court's May 26, 2026 Order (Dkt. 61) staying the case pending mediation.

On August 11, 2023, the Plaintiffs filed a Consolidated Class Action Complaint (Dkt. 24). On October 16, 2023, UBH filed a Motion to Dismiss, or in the alternative, Motion for Summary Judgment (Dkt. 31). The Court heard argument on the motion on September 27, 2024, and took the matter under advisement (Dkt. 55). On May 26, 2026, at the Parties' request, the Court stayed the case pending mediation.

On July 2, 2026, the Parties attended mediation with Hon. Wayne Andersen of JAMS via Zoom. After a full day of arms' length negotiations, and with the assistance of a mediator's proposal, the Parties came to an agreement on the central terms of a settlement. The Parties are now working to finalize the finer points of the Settlement, draft notice documents, and prepare a motion for preliminary approval.

The Parties will file a case status report, a voluntary dismissal or a motion for preliminary approval of settlement within 60 days.

Accordingly, the Parties respectfully request the Court continue the stay on the case through September 14, 2026.

DATED this 16th day of July, 2026.

MASON & PERRY LLP

/s/ Danielle L. Perry
Danielle L. Perry
*Attorney for Consolidated Class Action Plaintiffs*

CHESTNUT CAMBRONNE PA

/s/ Bryan L. Bleichner
Bryan L. Bleichner
*Attorney for Consolidated Class Action Plaintiffs*

SIRI & GLIMSTAD LLP

/s/ Mason A. Barney
Mason A. Barney
*Attorney for Consolidated Class Action Plaintiffs*

DATED this 16th day of July, 2026.

HOLLAND & HART LLP

/s/ Blaine J. Benard
Blaine J. Benard
Brent E. Johnson
Engels J. Tejeda
Emily T. Howe

*Attorneys for Defendant*

3